**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Fast Radius, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | ECP Environmental Growth Opportunities Corp. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85 – 3692788 |
| 4. | **Debtor's address** | **Principal place of business** <br> 113  N. May Street <br> Number  Street <br> _____ <br> Chicago     IL 60607 <br> City     State  ZIP Code <br><br> Cook <br> County <br><br> **Mailing address, if different from principal place of business** <br> _____ <br> Number  Street <br> _____ <br> P.O. Box <br> _____ <br> City  State  ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> _____ <br> Number  Street <br> _____ <br> _____ <br> City  State  ZIP Code |
| 5. | **Debtor's website** (URL) | https://www.fastradius.com/ |

Debtor  Fast Radius, Inc._____    Case number (*if known*)_____
       Name

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|
| 7. | Describe debtor's business | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  3  3  9  9 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor  Fast Radius, Inc.  
      Name

Case number (*if known*) _____

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No  
☐ Yes. District _____ When ____/____/_____ Case number _____  
                                       MM / DD / YYYY  
       District _____ When ____/____/_____ Case number _____  
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No  
☒ Yes. Debtor  See Annex 1  Relationship _____  
       District  Delaware  When ____/____/_____  
                                       MM / DD / YYYY  
       Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____  
                        Number      Street  
    _____  
    _____ _____ _____  
    City                            State  ZIP Code

    **Is the property insured?**  
    ☐ No  
    ☐ Yes. Insurance agency _____  
           Contact name _____  
           Phone _____

---

**Statistical and administrative information**

Debtor  **Fast Radius, Inc.**                                              Case number (if known) _____
        Name

### 13. Debtor's estimation of available funds

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors [1]

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☑ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets [2]

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### 16. Estimated liabilities [3]

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11 / 07 / 2022
              MM / DD / YYYY

X /s/ Patrick McCusker                                    Patrick McCusker
Signature of authorized representative of debtor          Printed name

Title  Authorized Signatory

---

1. The Debtors' estimated assets, liabilities, and number of creditors noted here are provided on a consolidated basis.
2. Estimated value of assets based on the latest 10-Q filed on June 30, 2022.
3. Estimated liabilities based on the latest 10-Q filed on June 30, 2022.

Debtor  Fast Radius, Inc.  Case number (if known)
        Name

**18. Signature of attorney**   ✘  /s/ R. Craig Martin   Date   11 / 07 / 2022
                                   Signature of attorney for debtor                           MM   / DD  / YYYY

                                R. Craig Martin
                                Printed name
                                DLA Piper LLP (US)
                                Firm name
                                1201   North Market Street, Suite 2100
                                Number       Street
                                Wilmington       DE   19801
                                City                                                           State       ZIP Code

                                (302) 468-5700     craig.martin@us.dlapiper.com
                                Contact phone                                                  Email address

                                5032       DE
                                Bar number                                                     State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

# Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  85-3692788  .

2. The following financial data is the latest available information and refers to the debtor's condition on  June 30, 2022  .

   a. Total assets    $ 69,329,000.00

   b. Total liabilities (including debts listed in 2.c., below)   $ 55,212,000

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   | | | | | |
   |---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ N/A | N/A |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ N/A | N/A |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ N/A | N/A |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ N/A | N/A |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ N/A | N/A |

   d. Number of shares of preferred stock    0
   e. Number of shares common stock    75,901,646

   Comments, if any: _____

3. Brief description of debtor's business:  Cloud manufacturing and digital supply chain company.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Cede & Co; United Parcel Services General Services Co.; Drive Capital and affiliated entities; ENNV Holdings, LLC and its affiliates; Energize Ventures and affiliated entities;

**Annex 1**

**Pending Bankruptcy Cases filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities below (collectively, the "Debtors") filed a Petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Fast Radius, Inc.

- Fast Radius, Inc.
- Fast Radis Operations, Inc.
- Fast Radius PTE. LTD.

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## FAST RADIUS, INC.

**Chapter 11 Filing**

**WHEREAS**, the board of directors (the "Board") of Fast Radius, Inc., a Delaware corporation (the "Company"), has surveyed potential restructuring options for the Company and considered presentations by management and the advisors to the Company regarding the assets, liabilities and short- and long-term liquidity situation of the Company, and the impact of the foregoing on the Company's business, prospects and enterprise value;

**WHEREAS**, the Board had the opportunity to consult with and ask questions of the management, the legal and financial advisors and other consultants to the Company, and has fully considered each of the strategic alternatives available to the Company; and

**WHEREAS**, in the judgment of the Board, after consulting with the management, legal and financial advisors of, and other consultants to, the Company, it is desirable and in the best interests of the Company, its creditors, its equity holders and other parties in interest, that the Company file or cause to be filed forthwith a voluntary petition for relief (such voluntary petition commencing a "Chapter 11 Case") under Chapter 11 of the United States Bankruptcy Code (Title 11 of the United States Code) (the "Bankruptcy Code").

**NOW, THEREFORE, IT IS**

**RESOLVED**, that the Company shall be, and hereby is, authorized to file or cause to be filed forthwith a Chapter 11 Case under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and it is further

**RESOLVED**, that Lou Rassey, Pat McCusker, John Nanry or any other authorized officer (or their designees and delegates) of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists, motions, certificates, declarations, papers and documents, and to take any and all action that any one or more deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business or to successfully prosecute the Chapter 11 Case; and it is further

**RESOLVED**, that the Authorized Officers are hereby authorized and instructed to make such arrangements as they deem necessary or proper for the Company to use existing "Cash Collateral" as that term is defined in section 363(a) of the Bankruptcy Code, and that such Authorized Officers are hereby authorized and instructed, on behalf of and in the name of the Company, to provide certain adequate protection to Silicon Valley Bank and SVB Innovation Credit Fund VIII, L.P., as the prepetition secured lenders, upon the terms set forth in a proposed Cash Collateral Order to be submitted for approval to the Bankruptcy Court, and to provide guaranties to and undertake any and all related financial transactions with the prepetition secured lenders on such terms as may be approved by any one or more of the Authorized Officers, as reasonably necessary for the continuing conduct of the affairs of the Company; and it is further

**Retention of Professionals**

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of DLA Piper LLP (US) ("DLA Piper"), as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions

to advance the Company's rights and obligations, including filing any motions, objections, replies, applications or pleadings; and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of DLA Piper; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Lincoln Partners Advisors LLC ("Lincoln"), as investment banker to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Lincoln; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Alvarez & Marsal North America, LLC ("A&M"), as financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of A&M; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Bayard, P.A. ("Bayard"), as co-counsel to DLA Piper to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications or pleadings; and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Bayard; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of Stretto, Inc. ("Stretto"), as notice and claims agent as well as administrative, solicitation and balloting agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed appropriate applications for authority to retain the services of Stretto; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals that are reasonably necessary to assist the Company in carrying out its duties under the Bankruptcy Code and to advance the Company's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed appropriate applications, to the extent necessary, for authority to retain the services of any such additional professionals; and it is further

**General**

  **RESOLVED**, that the Authorized Officers are authorized and directed, in the name of and on behalf of the Company, under the Company's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such Authorized Officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete the Chapter 11 Case, the taking of any such action or execution of any such documents and/or agreements to constitute conclusive evidence and the exercise of such discretionary authority; and it is further

  **RESOLVED**, that the Board of the Company has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it is further

  **RESOLVED**, that any act or acts of the Company and/or its officers, directors or of any person or persons designated and authorized to act by an officer of the Company, which act or acts would have been authorized by the foregoing resolutions except that such act or acts were taken prior to the adoption of such resolutions, be, and they hereby are, ratified, confirmed, authorized, approved and adopted in all respects and for all purposes as acts in the name and on behalf of the Company.

## AUTHORIZED OFFICER'S CERTIFICATE

### November 7, 2022

This Authorized Officer's Certificate (this "Certificate") is furnished in connection with those certain chapter 11 petitions filed on November 7, 2022 (as amended, modified or supplemented from time to time, the "Petitions") by Fast Radius, Inc. a Delaware corporation, Fast Radius Operations, Inc., a Delaware corporation, and Fast Radius PTE. LTD. a Singapore company (each a "Company", and collectively the "Companies").

The undersigned, being an Authorized Officer of each Company, hereby certifies, solely in his capacity as such and not in his individual capacity and without personal liability, that attached hereto is a true, correct and complete copy the resolutions duly adopted by the Board of Directors of each Company on the date hereof, in accordance with the bylaws of such Company and the requirements of applicable law, and such resolutions have not been modified, rescinded or amended and are in full force and effect as of the date of this Certificate.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 7th day of November, 2022.

By: _____
Name: Patrick McCusker
Title: Authorized Signatory

EAST\198012025.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FAST RADIUS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the undersigned authorized officer of Fast Radius, Inc., the above-captioned debtor, hereby certifies that the following corporate entities, other than a government unit, own the specified percentage of Fast Radius, Inc.'s equity interests, as of the date hereof:

| Entity | Percentage Interest |
|---|---|
| Cede & Co[1]<br>55 Water St.<br>New York, NY 10041 | 24.46% |
| United Parcel Service General Services Co. | 18.30% |
| Funds affiliated with Drive Capital[2] | 18.23% |
| ENNV Holdings, LLC[3] | 13.04% |

---

[1]     The Company does not have knowledge regarding beneficial owners.
[2]     Of the 13,836,851 shares of common stock held by Drive Capital and its affiliates, (i) 7,308,432 shares are held by Drive Capital Fund II, L.P.; (ii) 6,302,629 shares are held by Drive Capital Fund II, (TE), L.P.; and (iii) 225,790 shares are held by Drive Capital Ignition Fund II.
[3]     Of the 9,895,461 shares of common stock held by ENNV Holdings, LLC and its affiliates, 755,461 shares are held by Energy Capital Partners Holdings, LP.

EAST\198012024.1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FAST RADIUS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-_____ (___) |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Fast Radius, Inc. hereby provides the following list of holders of equity interests.[1]

| Name and Address of Interest Holder | Percentage Interest |
|---|---|
| Cede & Co[2]<br>55 Water St.<br>New York, NY 10041 | 24.46% |
| United Parcel Service General Services Co.<br>55 Glenlake Parkway<br>Atlanta, GA 30328 | 18.30% |
| Funds affiliated with Drive Capital[3]<br>629 N. High Street<br>Columbus, OH 43215 | 18.23% |
| ENNV Holdings, LLC[4]<br>40 Beechwood Road<br>Summit, NJ 07901 | 13.04% |

---

[1] The Debtors are requesting to limit their compliance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure by disclosing only those equity security holders that hold 5% or more of common shares in Fast Radius, Inc. *See Motion of the Debtors for Entry of an Order Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Twenty Largest Unsecured Creditors, (III) Redact or Withhold Publication of Certain Personal Identification Information and (IV) Limiting Certain Equity Security Holdings Disclosures.*

[2] The Company does not have knowledge regarding beneficial owners.

[3] Of the 13,836,851 shares of common stock held by Drive Capital and its affiliates, (i) 7,308,432 shares are held by Drive Capital Fund II, L.P.; (ii) 6,302,629 shares are held by Drive Capital Fund II, (TE), L.P.; and (iii) 225,790 shares are held by Drive Capital Ignition Fund II.

[4] Of the 9,895,461 shares of common stock held by ENNV Holdings, LLC and its affiliates, 755,461 shares are held by Energy Capital Partners Holdings, LP.

| | |
|---|---|
| Louis Rassey<br>1224 Hooker Street<br>Chicago, Illinois 60642 | 10.56% |
| Funds affiliated with Energize Ventures[5]<br>1 South Wacker Drive, Suite 1120,<br>Chicago, IL 60606 | 6.54% |

---

[5]   Of the 4,961,315 shares of common stock held by Energize Ventures and its affiliates, (i) 777,205 shares are held by Energize Growth Fund I LP; (ii) 3,897,772 shares of are held by Energize Ventures Fund LP; and (iii) 286,338 shares are held by EV FR SPV LLC.

2

Fill in this information to identify the case:

Debtor name: Fast Radius, Inc.
United States Bankruptcy Court for the: District of Delaware
Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Palantir Technologies Inc.<br>1555 Blake Street<br>Suite 250<br>Denver, CO 80202<br>United States | Attn: Ryan Taylor<br>Title: Chief Legal And Business Affairs Officer<br>Phone: 650-252-0276<br>Email: jdaley@palantir.com | Trade Payable | Contingent, Unliquidated, Disputed | | | $ 2,906,250 |
| 2 | United Parcel Service General Services Co.<br>55 Glenlake Parkway<br>Atlanta, GA 30328<br>United States | Attn: Eric Woltering<br>Title: Director of M&A<br>Phone: 404-828-6000<br>Email: nbrothers@ups.com | Trade Payable | | | | $ 1,500,000 |
| 3 | Russel Precision & Solution<br>678 Nathan Rd Room C, 15/F<br>Hua Chiao Commercial C<br>Mongkok,<br>Hong Kong | Attn: Mr. Ivan Liu<br>Title: President<br>Phone: 86-189-1409-8761; 86-512-6271-8492<br>Email: Hijklmn_005@hotmail.com | Trade Payable | | | | $ 888,365 |
| 4 | Jasonmould Industrial Company Co., Ltd.<br>Junxi Industrial Zone Of Longgang Village<br>Longxi Town<br>Boluo County<br>Huizhou City, 51681<br>China | Attn: Eva Zhang<br>Title: Account Manager<br>Phone: 86-752-668-2869<br>Email: info@jasonmolding.com | Trade Payable | | | | $ 485,048 |
| 5 | Carbon<br>1089 Mills Way<br>Redwood City, CA 94063<br>United States | Attn: Craig Carlson<br>Title: CTO<br>Phone: 650-285-6307<br>Email: Craig@Carbon3D.com | Trade Payable | | | | $ 425,252 |
| 6 | Xintianjian Industry Co. Limited<br>Baoyuanquan 1st Industrial Zone<br>Donghuan Road<br>Shajing Town,<br>China | Attn: Legal Department<br>Phone: 86-0769-8239-1669<br>Email: Katie@Xtj-Tech.com | Trade Payable | | | | $ 410,402 |

Debtor: Fast Radius, Inc.                                                                                                    Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Google Inc.<br>2710 Gateway Oaks Dr<br>Ste 150N<br>Sacramento, CA 95833<br>United States | Attn: Corporation Service Company<br>Phone: 650-253-0000<br>Email: google-legal-support@google.com | Trade Payable | | | | $ 369,786 |
| 8 | Donnelley Financial Solutions<br>35 West Wacker Drive<br>Chicago, IL 60601<br>United States | Attn: Eric Foster<br>Title: EVP & CIO<br>Phone: 1-800-823-5304<br>Email: Eric.Foster@Dfinsolutions.com | Trade Payable | | | | $ 311,029 |
| 9 | Decatur Mold<br>3330 State Hwy 7<br>North Vernon, IN 47265<br>United States | Attn: Rhonda Hoerle<br>Title: President<br>Phone: 812-346-5188<br>Email: Rhoerle@decaturmold.com | Trade Payable | | | | $ 242,076 |
| 10 | C&L Industries Co., Limited<br>Flatrm B7/F Chongming Building<br>72 Chenua Sha Wan Rd<br>Kowloon,<br>Hong Kong | Attn: Sunny Chen<br>Title: President of Sales<br>Phone: 86-769-3336-5168<br>Email: sunny@clproduct.com | Trade Payable | | | | $ 196,032 |
| 11 | Mastergraphics<br>2920 Marketplace Dr<br>Ste 101<br>Fitchburg, WI 53719<br>United States | Attn: Kevin Carr<br>Title: President<br>Phone: 608-256-4884<br>Email: Kevin.Carr@Mastergraphics.com | Trade Payable | | | | $ 174,343 |
| 12 | Ellison Technologies<br>9828 Arlee Ave<br>Sante Fe Springs, CA 90670<br>United States | Attn: Jana Brown<br>Title: CFO<br>Phone: 562-949-8311<br>Email: Jbrown@Ellisontechnologies.com | Trade Payable | | | | $ 166,207 |
| 13 | Ernst & Young LLP<br>401 9th ave<br>New York, NY 10001<br>United States | Attn: Daniel Cullen<br>Title: Partner / Principal<br>Phone: 312-879-3672<br>Email: daniel.cullen@ey.com | Trade Payable | | | | $ 127,670 |
| 14 | Stratasys, Inc<br>7665 Commerce Way<br>Eden Prairie, MN 55344<br>United States | Attn: Yoav Zeif<br>Title: CEO<br>Phone: 952-937-3000<br>Email: Yoav.Zeif@Stratasys.com | Trade Payable | | | | $ 114,800 |
| 15 | Better-Mold (Dg) Industrial Co., Ltd<br>No.37, Lishang Avenue<br>Chang'An<br>Dongguan,<br>China | Attn: Fiona Zhang<br>Title: Customer Support<br>Phone: 86-769-8285-5722<br>Email: Yunki@Better-Molds.com | Trade Payable | | | | $ 95,156 |

Debtor: Fast Radius, Inc.  Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | Common Grounds Workplace<br>1635 Market Street<br>Floor 16<br>Philadelphia, PA 19103<br>United States | Attn: Scott Anderson<br>Title: COO<br>Phone: 856-313-5238<br>Email: scott_a@cgworkplace.com | Trade Payable | | | | $ 91,350 |
| 17 | ROD International<br>No. 4 Floor<br>Building A<br>5th Factory district, Fuzhu 3rd Street<br>Dongguan City, 523637<br>China | Attn: Juan Rodriguez<br>Title: President<br>Phone: 86-137-1323-1795<br>Email: davis@rodintl.com | Trade Payable | | | | $ 90,790 |
| 18 | APIC (aplicaciones industriales de calidad s.a. de c.v)<br>Av. San Rafael 9<br>2, 051<br>Parque, 52000<br>Mexico | Attn: Paul Vedrenne<br>Title: Director of Operations<br>Phone: 52-172-8285-0540<br>Email: Gabrielventosa@Apic.Com.Mx | Trade Payable | | | | $ 87,325 |
| 19 | Wrightwood Precision Products<br>4934 W Bloomingdale Ave<br>Chicago, IL 60639<br>United States | Attn: Joseph Folker<br>Title: President<br>Phone: 773-237-2737<br>Email: nicholas_folker@wrightwoodprecision.com | Trade Payable | | | | $ 79,084 |
| 20 | U.S. Customs and Border Protection<br>1300 Pennsylvania Ave. NW<br>Washington, DC 20229<br>United States | Attn: Scott K. Falk<br>Title: Chief Counsel<br>Phone: 202-344-2940<br>Email: Scott.K.Falk@CBP.DHS.gov | Customs Obligations | Contingent, Unliquidated | | | Undetermined |

Note: Unsecured amounts contain projected estimates of pre-petition liability as of the Petition Date and are subject to change as accrued liabilities are invoiced.

**Fill in this information to identify the case and this filing:**

Debtor Name: Fast Radius, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ■ Other document that requires a declaration  Corporate Ownership Statement; List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/07/2022       X    /s/ Patrick McCusker
           MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                     Patrick McCusker
                                     Printed name

                                     Authorized Signatory
                                     Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors