## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Fast Radius, Inc., *et al.*[1] | Case No. 22-11051 (JKS) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Parker L. Popky, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 9, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Motion of the Debtors for Entry of an Order (I) Granting Joint Administration of their Chapter 11 Cases, and (II) Granting Related Relief** (Docket No. 3)

- **Motion of the Debtors for Entry of an Order Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Twenty Largest Unsecured Creditors, (III) Redact or Withhold Publication of Certain Personally Identifiable Information (IV) Limiting Certain Equity Security Holdings Disclosures, and (V) Granting Related Relief** (Docket No. 4)

- **Application of Debtors for Entry of an Order (I) Approving the Retention and Appointment of Stretto, Inc. as the Claims and Noticing Agent to the Debtors, Effective to the Petition Date, and (II) Granting Related Relief** (Docket No. 5)

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain their Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief** (Docket No. 6)

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief** (Docket No. 7)

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Fast Radius, Inc. (2788), Fast Radius Operations, Inc. (5398) and Fast Radius PTE. LTD (9511). The corporate headquarters and the mailing address for the Debtors is 113 N. May Street, Chicago, Illinois 60607.

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 8)

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Lien Claimants, (B) Certain Vendors Entitled to Administrative Expense Priority Under Section 503(b)(9) of the Bankruptcy Code, (C) Foreign Vendors, (D) Critical Vendors and Service Providers, and (II) Granting Related Relief** (Docket No. 9)

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Customer Programs and to Honor Certain Prepetition Obligations to Customers, and (II) Granting Related Relief** (Docket No. 10)

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Continued Use of the Debtors' Cash Management System, and (II) Granting Related Relief** (Docket No. 11)

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefit Programs and (II) Authorizing and Directing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations, and (III) Granting Related Relief** (Docket No. 12)

- **Motion of the Debtors for Interim and Final Orders (I) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Fast Radius, Inc. and (II) Granting Related Relief** (Docket No. 13)

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief** (Docket No. 16)

- **Order (I) Granting Joint Administration of the Debtors Chapter 11 Cases, and (II) Granting Related Relief** (Docket No. 46)

- **Order Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Twenty Largest Unsecured Creditors, (III) Redact or Withhold Publication of Certain Personally Identifiable Information (IV) Limiting Certain Equity Security Holdings Disclosures, and (V) Granting Related Relief** (Docket No. 47)

- **Order (I) Approving the Retention and Appointment of Stretto, Inc. as the Claims and Noticing Agent to the Debtors, Effective to the Petition Date, and (II) Granting Related Relief** (Docket No. 49)

- **Order Shortening Notice Period and for Expedited Hearing to Consider the Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, and (V) Granting Related Relief** (Docket No. 51)

- **Interim Order (I) Authorizing the Debtors to (A) Maintain their Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief** (Docket No. 52)

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Lien Claimants, (B) Certain Vendors Entitled to Administrative Expense Priority Under Section 503(b)(9) of the Bankruptcy Code, (C) Foreign Vendors, (D) Critical Vendors and Service Providers, and (II) Granting Related Relief** (Docket No. 53)

- **Interim Order (I) Authorizing the Debtors to Continue Customer Programs and to Honor Certain Prepetition Obligations to Customers, and (II) Granting Related Relief** (Docket No. 54)

- **Interim Order (I) Authorizing the Continued Use of the Debtors' Cash Management System, and (II) Granting Related Relief** (Docket No. 55)

- **Interim Order (I) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Fast Radius, Inc. and (II) Granting Related Relief** (Docket No. 56)

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 57)

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefit Programs and (II) Authorizing and Directing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations** (Docket No. 58)

- **Interim Order (I) Authorizing the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections By Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief** (Docket No. 59)

- **Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief** (Docket No. 61)

Furthermore, on November 9, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first class mail on the service list attached hereto as **Exhibit C**, via electronic mail on Silicon Valley Bank, Attn: Top Powley at midwesttechra@svb.com:

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Customer Programs and to Honor Certain Prepetition Obligations to Customers, and (II) Granting Related Relief** (Docket No. 10)

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Continued Use of the Debtors' Cash Management System, and (II) Granting Related Relief** (Docket No. 11)

- **Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Use Cash Collateral, (B) Granting Adequate Protection, (C) Modifying the Automatic Stay, and (D) Granting Related Relief** (Docket No. 16)

- **Order Shortening Notice Period and for Expedited Hearing to Consider the Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, and (V) Granting Related Relief** (Docket No. 51)

- **Interim Order (I) Authorizing the Debtors to Continue Customer Programs and to Honor Certain Prepetition Obligations to Customers, and (II) Granting Related Relief** (Docket No. 54)

- **Interim Order (I) Authorizing the Continued Use of the Debtors' Cash Management System, and (II) Granting Related Relief** (Docket No. 55)

- **Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief** (Docket No. 61)

Furthermore, on November 9, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first class mail on the service list attached hereto as **Exhibit D**, via electronic mail on the service list attached hereto as **Exhibit E**:

- **Interim Order (I) Establishing Notice and Hearing Procedures for Trading in Equity Securities in Fast Radius, Inc. and (II) Granting Related Relief** (Docket No. 56)

Furthermore, on November 9, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first class mail on the service list attached hereto as **Exhibit F**, via electronic mail on the service list attached hereto as **Exhibit G**:

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain their Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief** (Docket No. 6)

- **Interim Order (I) Authorizing the Debtors to (A) Maintain their Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief** (Docket No. 52)

Furthermore, on November 9, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first class mail on the service list attached hereto as **Exhibit H**, via electronic mail on the Delaware Department of Revenue at jennifer.noel@delaware.gov and on the Illinois Department of Revenue at rev.bankruptcy@illinois.gov:

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 8)

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief** (Docket No. 57)

Furthermore, on November 9, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first class mail on the service list attached hereto as **Exhibit I**, via electronic mail on the service list attached hereto as **Exhibit J**:

- **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief** (Docket No. 7)

- **Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefit Programs and (II) Authorizing and Directing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations** (Docket No. 58)

Furthermore, on November 9, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit K**, and via electronic mail on the service list attached hereto as **Exhibit L**:

- **Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates With Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, and (V) Granting Related Relief** (Docket No. 17)

- **Motion of the Debtors for Order Shortening Notice Period and for Expedited Hearing to Consider the Motion of Debtors for Entry of an Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, and (V) Granting Related Relief** (Docket No. 18)

- **Notice of the Motion of the Debtors for Entry of an Order (I) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, and (V) Granting Related Relief** (Docket No. 50)

- **Notice of Agenda of Matters Scheduled for in Person Hearing on November 14, 2022 at 3:00 P.M. (ET)** (Docket No. 62)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 11, 2022

_Parker Popky_
Parker Popky

State of Colorado ）
                  ） SS.
County of Denver ）

Subscribed and sworn before me this 11th day of November 2022 by Parker Popky.

_(signature)_
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 10/04/2026

# **Exhibit A**



**Exhibit A**
Served via First Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| APIC | Attn: Paul Vedrenne Director of Ops | Av. San Rafael 9 | 2, 051 | Parque | | 52000 | Mexico |
| Better-Mold (Dg) Industrial Co. Ltd | Attn: Fiona Zhang | No.37 Lishang Avenue | Chang'An | Dongguan | | | China |
| C&L Industries Co. Limited | Attn: Sunny Chen President | Flatrm B7/F Chongming Building | 72 Chenua Sha Wan Rd | Kowloon | | | Hong Kong |
| Carbon | Attn: Craig Carlson CTO | 1089 Mills Way | | Redwood City | CA | 94063 | |
| Common Grounds Workplace | Attn: Scott Anderson COO | 1635 Market Street Fl 16 | | Philadelphia | PA | 19103 | |
| Decatur Mold | Attn: Rhonda Hoerle President | 3330 State Hwy 7 | | North Vernon | IN | 47265 | |
| District Of Columbia | Office Of The Attorney General | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Donnelley Financial Solutions | Attn: Eric Foster EVP & CIO | 35 West Wacker Drive | | Chicago | IL | 60601 | |
| Ellison Technologies | Attn: Jana Brown CFO | 9828 Arlee Ave | | Sante Fe Springs | CA | 90670 | |
| Ernst & Young LLP | Attn: Daniel Cullen | 401 9th ave | | New York | NY | 10001 | |
| Faegre Drinker Biddle & Reath LLP | Attn: Kayla D. Britton | 600 E 96th St | Ste 600 | Indianapolis | IN | 46240 | |
| Faegre Drinker Biddle & Reath LLP | Attn: Katharina Earle (No. 6348) | 222 Delaware Ave | Ste 1410 | Wilmington | DE | 19801 | |
| Google Inc. | Attn: Corporation Service Company | 2710 Gateway Oaks Dr, Ste 150N | | Sacramento | CA | 95833 | |
| INTERNAL REVENUE SERVICE | Attn: Legal | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| Mastergraphics | Attn: Kevin Carr President | 2920 Marketplace Dr Ste 101 | | Fitchburg | WI | 53719 | |
| MORRISON & FOERSTER LLP | ATTN: BENJAMIN BUTTERFIELD | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9601 | |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN:  LINDA CASEY ESQ. | 844 N KING ST #2207 LOCKBOX 35 | | WILMINGTON | DE | 19801 | |
| Palantir Technologies Inc. | Attn: Ryan Taylor | 1555 Blake Street, Ste 250 | | Denver | CO | 80202 | |
| ROD International | Attn: Juan Rodriguez President | 5th Factory district Fuzhu 3rd St | Building A No. 4 Floor | Dongguan City | | 523637 | China |
| Russel Precision & Solution | Attn: Mr. Ivan Liu President | 678 Nathan Rd Room C 15/F | Hua Chiao Commercial C | Mongkok | | | Hong Kong |
| SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F STREET, NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI | 200 VESEY STREET | SUITE 400 BROOKFIELD PLACE | NEW YORK | NY | 10281-1022 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | 100 PEARL ST | SUITE 20-100 | NEW YORK | NY | 10004-2616 | |
| SILICON VALLEY BANK | C/O MORRISON & FOERSTER LLP | ATTN: ALEXANDER G. RHEAUME | 200 CLAARENDON ST. FLR 20 | BOSTON | MA | 02116 | |
| SILICON VALLEY BANK | C/O MORRISON & FOERSTER LLP | ATTN: B. BUTTERFIELD AND M. RUSSELL | 250 WEST 55TH STREET | NEW YORK | NY | 10019-9601 | |
| SILICON VALLEY BANK | C/O ASHBY & GEDDES  P.A. | ATTN: GREGORY TAYLOR | 500 DELEWARE AVENUE  8TH FLOOR | WILMINGTON | DE | 19899-1150 | |
| State Of Alabama | Office Of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State Of Alaska | Office Of The Attorney General | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State Of California | Office Of The Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State Of Colorado | Office Of The Attorney General | 1300 Broadway, 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| State Of Connecticut | Office Of The Attorney General | 55 Elm St | | Hartford | CT | 06106 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Hawaii | Office Of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State Of Illinois | Office Of The Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| State Of Indiana | Office Of The Attorney General | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| State Of Iowa | Office Of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| State Of Louisiana | Office Of The Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State Of Maryland | Office Of The Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| State Of Michigan | Office Of The Attorney General | 525 W Ottawa St | G. Mennen Williams Bldg 7Th Fl | Lansing | MI | 48909 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| State Of Missouri | Office Of The Attorney General | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| State Of New Hampshire | Office Of The Attorney General | 33 Capitol St. | Nh Department Of Justice | Concord | NH | 03301 | |
| State Of New Jersey | Office Of The Attorney General | 25 Market St 8Th Fl, West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |



**Exhibit A**
Served via First Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| State Of Ohio | Office Of The Attorney General | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| State Of Oklahoma | Office Of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State Of South Carolina | Office Of The Attorney General | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Utah | Office Of The Attorney General | State Capitol, Room 236 | | Salt Lake City | UT | 84114 | |
| State Of Utah | Office Of The Attorney General | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| State Of Vermont | Office Of The Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of West Virginia | Office Of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main St, Room 114 East P | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |
| Stratasys Inc | Attn: Yoav Zeif CEO | 7665 Commerce Way | | Eden Prairie | MN | 55344 | |
| U.S. Customs and Border Protection | Attn: Scott Falk General Counsel | 1300 Pennsylvania Ave. NW | | Washington | DC | 20229 | |
| UPS General Services Co. | Attn: Eric Woltering | 55 Glenlake Parkway | | Atlanta | GA | 30328 | |
| US ATTORNEY DISTRICT OF DELAWARE | Attn: Legal | 1313 N MARKET STREET | | WILMINGTON | DE | 19801 | |
| Waste Management | c/o Monzack Mersky and Browder  PA | 1201 N. Orange St | Ste 400 | Wilmington | DE | 19801 | |
| Wrightwood Precision Products | Attn: Joseph Folker President | 4934 W Bloomingdale Ave | | Chicago | IL | 60639 | |
| Xintianjian Industry Co. Limited | Attn: Legal Department | Baoyuanquan 1st Industrial Zone | Donghuan Road | Shajing Town | | | China |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 2 of 2

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| APIC (aplicaciones industriales de calidad s.a. de c.v) | Attn: Paul Vedrenne, Director of Operations | attorney.general@ct.gov |
| Better-Mold (Dg) Industrial Co., Ltd | Attn: Fiona Zhang | attorney.general@alaska.gov |
| C&L Industries Co., Limited | Attn: Sunny Chen, President | aginfo@azag.gov |
| Carbon | Attn: Craig Carlson, CTO | ConstituentServices@ag.louisiana.gov |
| Decatur Mold | Attn: Rhonda Hoerle, President | KyOAGOR@ky.gov |
| Donnelley Financial Solutions | Attn: Eric Foster, EVP & CIO | lawrence.wasden@ag.idaho.gov |
| Ellison Technologies | Attn: Jana Brown, CFO | ago@state.ma.us |
| Ernst & Young LLP | Attn: Daniel Cullen , Partner/Principal | derek.schmidt@ag.ks.gov |
| Google Inc. | Attn: Corporation Service Company | hawaiiag@hawaii.gov |
| Mastergraphics | Attn: Kevin Carr, President | ashley.moody@myfloridalegal.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN:  LINDA CASEY, ESQ. | NYROBANKRUPTCY@SEC.GOV |
| Palantir Technologies Inc. | Attn: Ryan Taylor, Chief Legal and Business Affairs Officer | oag@dc.gov |
| Russel Precision & Solution | Attn: Mr. Ivan Liu, President | xavier.becerra@doj.ca.gov |
| SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | miag@michigan.gov |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | Attorney.General@ag.state.mn.us |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | consumer.help@ago.mo.gov |
| State Of Arkansas | Office Of The Attorney General | ndag@nd.gov |
| State Of California | Office Of The Attorney General | attorneygeneral@doj.nh.gov |
| State Of Connecticut | Office Of The Attorney General | hbalderas@nmag.gov |
| State Of Hawaii | Office Of The Attorney General | questions@oag.ok.gov |
| State Of Iowa | Office Of The Attorney General | ellen.rosenblum@dog.state.or.us |
| State Of Maine | Office Of The Attorney General | ago.info@vermont.gov |
| State Of Maryland | Office Of The Attorney General | mail@oag.state.va.us |
| State Of Massachusetts | Office Of The Attorney General | uag@utah.gov |
| State Of Mississippi | Office Of The Attorney General | consumer@wvago.gov |
| State Of North Carolina | Office Of The Attorney General | uag@utah.gov |
| U.S. Customs and Border Protection | Attn: Scott K. Falk, General Counsel | oag@oag.state.md.us |
| United Parcel Service General Services Co. | Attn: Eric Woltering, Director of M&A | consumer@ag.iowa.gov |
| Wrightwood Precision Products | Attn: Joseph Folker, President | info@lisamadigan.org |
| Xintianjian Industry Co. Limited | Attn: Legal Department | consumerinterest@Alabamaag.gov |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 1

# Exhibit C



**Exhibit C**
Served via First Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | P.O. BOX 15284 | | WILMINGTON | DE | 19850 |
| SILICON VALLEY BANK | ATTN: TOM POWLEY | 3003 TASMAN DRIVE | | SANTA CLARA | CA | 95054 |
| SVB ASSET MANAGEMENT | | 505 HOWARD STREET | FLOOR 3 | SAN FRANCISCO | CA | 94105 |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 1

# **<u>Exhibit D</u>**



**Exhibit D**
Served via First Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| American Stock Transfer | Attn: Christine Pino | 6201 15th Ave | Brooklyn | NY | 11219 |
| Cede & Co | | 55 Water St. | New York | NY | 10041 |
| ENNV Holdings, LLC | | 40 Beechwood Road | Summit | NJ | 7901 |
| Funds affiliated with Drive Capital | | 629 N. High Street | Columbus | OH | 43215 |
| Funds affiliated with Energize Ventures | | 1 South Wacker Drive, Suite 1120, | Chicago | IL | 60606 |
| Louis Rassey | | Address Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 2



**Exhibit D**
Served via First Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|------|-----------|-----------|------|-------|-----|
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| Name on File | | Redacted | | | |
| United Parcel Service General Services Co. | | 55 Glenlake Parkway | Atlanta | GA | 30328 |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

# Exhibit E



**Exhibit E**

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| American Stock Transfer | Attn: Christine Pino | cpino@astfinancial.com |
| Cede & Co | | mandatoryreorgannouncements@dtcc.com<br>zzreorgtenders@dtcc.com<br>lensnotices@dtcc.com |
| ENNV Holdings, LLC | | info@ecpgp.com<br>treeder@ecpartners.com |
| Funds affiliated with Drive Capital | | drew@drivecapital.com<br>chris@drivecapital.com<br>mark@drivecapital.com |
| Funds affiliated with Energize Ventures | | katie@energize.vc<br>john@energize.vc |
| Louis Rassey | | Address Redacted |
| United Parcel Service General Services Co. | | investor@ups.com |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 1

# Exhibit F

 STRETTO

**Exhibit F**
Served via First Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALLIED WORLD ASSURANCE | ATTN: PROFESSIONAL LIABILITY UNDERWRITING | 199 WATER STREET | | NEW YORK | NY | 10038 | |
| AMERICAN ALTERNATIVE INSURANCE CORPORATION | | 555 COLLEGE ROAD EAST | | PRINCETON | NJ | 08540-6616 | |
| ASCOT INSURANCE CO. | | 55 W. 46TH STREET, 26TH FLOOR | | NEW YORK | NY | 10036 | |
| BEAZLEY INSURANCE | COMPLIANCE DEPARTMENT | 30 BATTERSON PARK ROAD | | FARMINGTON | CT | 06032 | |
| BEAZLEY INSURANCE(LLOYDS) | | 30 BATTERSON PARK ROAD | | FARMINGTON | CT | 06032 | |
| BERKELY INSURANCE | | 757 THIRD AVENUE | 10TH FLOOR | NEW YORK | NY | 10017 | |
| BURLINGTON INSURANCE | | CITY PLACE II | 185 ASYLUM STREET, 7TH FLOOR | HARTFORD | CT | 06103 | |
| CATLIN UNDERWRITING AGENCIES LTD FOR AND ON BEHALF OF SYNDICATE 2003 OF LLOYD'S OF LONDON | | 20 GRACECHURCH STREET | | LONDON | | EC3V 0BG | UNITED KINGDOM |
| ENDURANCE AMERICAN SPECIALTY | COMMERCIAL MANAGEMENT LIABILITY | ATTN: PROFESSIONAL LINES UNDERWRITING DEPARTMENT | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 | |
| FEDERAL INSURANCE (CHUBB) | ATTN: UNDERWRITING | CHUBB GROUP OF INSURANCE COMPANIES | 82 HOPMEADOW STREET | SIMSBURY | CT | 06070-7683 | |
| GLOBAL AEROSPACE | | 115 TABOR ROAD | SUITE 3A | MORRIS PLAINS | NJ | 07950 | |
| HARTFORD | | 3600 WISEMAN BLVD | | SAN ANTONIO | TX | 78251 | |
| HARTFORD | | ONE HARTFORD PLAZA | T-7 | HARTFORD | CT | 06155 | |
| KINSALE | | 2035 MAYWILL STREET | SUITE 100 | RICHMOND | VA | 23230 | |
| LEXINGTON INSURACE | AIG-LEXINGTON | C/O ACPC | P.O. BOX 293118 | NASHVILLE | TN | 37229-3118 | |
| OBSIDIAN SPECIALTY INSURANCE | ATTN: ORION INSURANCE INTERMEDIARIES, LLC. | 1298 PROSPECT STREET, | 1U | LA JOLLA | CA | 92037 | |
| PIIQ RISK PARTNERS INC | | 110 N. WACKER DR, STE 2500 | | CHICAGO | IL | 60606 | |
| PLEXUS GROUPE | | 21805 W. FIELD PARKWAY | SUITE 300 | DEER PARK | IL | 60010 | |
| RSG SPECIALTY, LLC | | 500 W. MONROE | 30TH FLOOR | CHICAGO | IL | 60661 | |
| SCOTTSDALE INSURANCE | ATTENTION: CLAIMS MANAGER | 7 WORLD TRADE CENTER | 37TH FLOOR, 250 GREENWICH STREET | NEW YORK | NY | 10007 | |
| TWIN CITIES (HARTFORD) | | ONE HARTFORD PLAZA | | HARTFORD | CT | 06155 | |
| VANTAGE RISK SPECIALTY INS. | | RIVER POINT, 17TH FLOOR | 444 W. LAKE STREET | CHICAGO | IL | 60606 | |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 1

# Exhibit G



**Exhibit G**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| BEAZLEY INSURANCE | COMPLIANCE DEPARTMENT | | jerry.sullivan@beazley.com |
| BEAZLEY INSURANCE(LLOYDS) | | | wayne.whiten@beazley.com |
| BERKELY INSURANCE | | | rberkley@wrberkley.com |
| | | | kathleenfitzgerald@wrberkley.com |
| BURLINGTON INSURANCE | | | regulatory@ifgcompanies.com |
| | | | barezner@ifgcompanies.com |
| CATLIN UNDERWRITING AGENCIES LTD FOR AND ON BEHALF OF SYNDICATE 2003 OF LLOYD'S OF LONDON | | | debra.ffrench@catlin.com |
| | | | EXT-RegulatoryAP@xlcatlin.com |
| ENDURANCE AMERICAN SPECIALTY | COMMERCIAL MANAGEMENT LIABILITY | ATTN: PROFESSIONAL LINES UNDERWRITING DEPARTMENT | DWorman@enhinsurance.com |
| | | | Dlurie@sompo-intl.com |
| FEDERAL INSURANCE (CHUBB) | ATTN: UNDERWRITING | | ChubbUSCustomerServices@chubb.com |
| | | | john.taylor4@chubb.com |
| GLOBAL AEROSPACE | | | jhendrix@global-aero.com |
| | | | jbruno@global-aero.com |
| HARTFORD | | | lawcustomerrelations@thehartford.com |
| | | | omar.kitchlew@thehartford.com |
| HARTFORD | | | lawcustomerrelations@thehartford.com |
| | | | omar.kitchlew@thehartford.com |
| HUDSON INSURANCE | | | cgallagher@hudsoninsgroup.com |
| | | | plovell@hudsoninsgroup.com |
| KINSALE | | | kelly.boscana@kinsaleins.com |
| | | | mark.beachy@kinsaleins.com |
| LEXINGTON INSURACE | | | Peter.Eastwood@AIG.com |
| | | | rick.woollams@aig.com |
| OBSIDIAN SPECIALTY INSURANCE | ATTN: ORION INSURANCE INTERMEDIARIES, LLC. | | nancy@westmont.com |
| | | | crappaport@obsidianspecialty.com |
| PIIQ RISK PARTNERS INC | | | marcel.chad@piiqrp.com |
| | | | samuel.obute@piiqrp.com |
| | | | ryan.gallifant@piiqrp.com |
| RSG SPECIALTY, LLC | | | alice.topping@ryansg.com |
| | | | patrick.ryan@ryansg.com |
| SCOTTSDALE INSURANCE | ATTENTION: CLAIMS MANAGER | | FinRpt@nationwide.com |
| | | | russell.johnston@us.qbe.com |
| | | | levinek@nationwide.com |
| TWIN CITIES (HARTFORD) | | | omar.kitchlew@thehartford.com |
| | | | james.yanosy@thehartford.com |
| VANTAGE RISK SPECIALTY INS. | | | compliance@vantagerisk.com |
| | | | bobbi.anderson@vantagerisk.com |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 1

# **Exhibit H**



**Exhibit H**
Served via First Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Delaware Division Of Revenue | 820 N. French Street | | Wilmington | DE | 19801 |
| Georgia Department Of Revenue | P.O. Box  740321 | | Atlanta | GA | 30374-0321 |
| GEORGIA DEPARTMENT OF REVENUE | 1800 CENTURY BOULEVARD, NE | | ATLANTA | GA | 30345 |
| ILLINOIS DEPARTMENT OF REVENUE | SUITE 1100 | 555 WEST MONROE | CHICAGO | IL | 60661 |
| Illinois Dept Of Revenue | Willard Ice Building | 101 West Jefferson St | Springfield | IL | 62702 |
| Kentucky Department Of Revenue | 501 High Street | | Frankfort | KY | 40601 |
| THE DELAWARE DEPARTMENT OF STATE DIVISION OF CORPORATIONS | PO BOX 898 | | DOVER | DE | 19903 |
| U.S. CUSTOMS AND BORDER PROTECTION | 1300 PENNSYLVANIA AVE. NW | | WASHINGTON | DC | 20229 |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 1

# Exhibit I



**Exhibit I**

Served via First Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| AT&T | 225 W RANDOLPH ST | SUITE 2950 | CHICAGO | IL | 60606 |
| COGENT COMMUNICATIONS, INC. | BOX 791087 | | BALTIMORE | MD | 21279-1087 |
| COMCAST | PO BOX 530098 | | ATLANTA | GA | 30353 |
| COMED | PO BOX 6111 | | CAROL STREAM | IL | 60197-6111 |
| DIALPAD | DEPT 3808 | PO BOX 123808 | DALLAS | TX | 75312-3808 |
| GOOGLE - G SUITE | P.O. BOX 883654 | | LOS ANGELES | CA | 90088-3654 |
| PEOPLES GAS | 200 E. RANDOLPH ST. | | CHICAGO | IL | 60601-6302 |
| VERIZON WIRELESS | 200 W ADAMS ST | SUITE 2800 | CHICAGO | IL | 60606 |
| WASTE MANAGEMENT | PO BOX 4648 | | CAROL STREAM | IL | 60197-4648 |
| ZOOM | 805 BROADWAY ST | STE 900 | VANCOUVER | WA | 98660 |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 1

# Exhibit J



**Exhibit J**
Served via Electronic Mail

| Name | Email |
|---|---|
| AT&T | km1426@att.com |
| COGENT COMMUNICATIONS, INC | billing@cogentco.com |
| | terms@cogentco.com |
| COMCAST | audit_committee_chair@comcast.com |
| COMED | JOSE.FAVELA@COMED.COM |
| DIALPAD | AR@DIALPAD.COM |
| VERIZON WIRELESS | craig.sillman@verizon.com |
| WASTE MANAGEMENT | wmcares@wm.com |
| ZOOM | AR@ZOOMINFO.COM |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 1

# Exhibit K

 STRETTO

**Exhibit K**
Served via Overnight Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| APIC | Attn: Paul Vedrenne Director of Ops | Av. San Rafael 9 | 2, 051 | Parque | | 52000 | Mexico |
| BANK OF AMERICA | ATTN: LEGAL DEPT. | P.O. BOX 15284 | | WILMINGTON | DE | 19850 | |
| Better-Mold (Dg) Industrial Co. Ltd | Attn: Fiona Zhang | No.37 Lishang Avenue | Chang'An | Dongguan, | | | China |
| C&L Industries Co. Limited | Attn: Sunny Chen President | Flatrm B7/F Chongming Building | 72 Chenua Sha Wan Rd | Kowloon, | | | Hong Kong |
| Carbon | Attn: Craig Carlson CTO | 1089 Mills Way | | Redwood City | CA | 94063 | |
| Common Grounds Workplace | Attn: Scott Anderson COO | 1635 Market Street Fl 16 | | Philadelphia | PA | 19103 | |
| Decatur Mold | Attn: Rhonda Hoerle President | 3330 State Hwy 7 | | North Vernon | IN | 47265 | |
| District Of Columbia | Office Of The Attorney General | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Donnelley Financial Solutions | Attn: Eric Foster EVP & CIO | 35 West Wacker Drive | | Chicago | IL | 60601 | |
| Ellison Technologies | Attn: Jana Brown CFO | 9828 Arlee Ave | | Sante Fe Springs | CA | 90670 | |
| Ernst & Young LLP | Attn: Daniel Cullen | 401 9th ave | | New York | NY | 10001 | |
| Faegre Drinker Biddle & Reath LLP | Attn: Kayla D. Britton | 600 E 96th St | Ste 600 | Indianapolis | IN | 46240 | |
| Faegre Drinker Biddle & Reath LLP | Attn: Katharina Earle (No. 6348) | 222 Delaware Ave | Ste 1410 | Wilmington | DE | 19801 | |
| Google Inc. | Attn: Corporation Service Company | 2710 Gateway Oaks Dr, Ste 150N | | Sacramento | CA | 95833 | |
| INTERNAL REVENUE SERVICE | Attn: Legal | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| Mastergraphics | Attn: Kevin Carr President | 2920 Marketplace Dr Ste 101 | | Fitchburg | WI | 53719 | |
| MORRISON & FOERSTER LLP | ATTN: BENJAMIN BUTTERFIELD | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9601 | |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN:  LINDA CASEY ESQ. | 844 N KING ST #2207 LOCKBOX 35 | | WILMINGTON | DE | 19801 | |
| Palantir Technologies Inc. | Attn: Ryan Taylor | 1555 Blake Street, Ste 250 | | Denver | CO | 80202 | |
| ROD International | Attn: Juan Rodriguez President | 5th Factory district Fuzhu 3rd St | Building A No. 4 Floor | Dongguan City | | 523637 | China |
| Russel Precision & Solution | Attn: Mr. Ivan Liu President | 678 Nathan Rd Room C 15/F | Hua Chiao Commercial C | Mongkok, | | | Hong Kong |
| SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F STREET, NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI | 200 VESEY STREET | SUITE 400 BROOKFIELD PLACE | NEW YORK | NY | 10281-1022 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | 100 PEARL ST | SUITE 20-100 | NEW YORK | NY | 10004-2616 | |
| SILICON VALLEY BANK | C/O MORRISON & FOERSTER LLP | ATTN: ALEXANDER G. RHEAUME | 200 CLAARENDON ST. FLR 20 | BOSTON | MA | 02116 | |
| SILICON VALLEY BANK | C/O MORRISON & FOERSTER LLP | ATTN: B. BUTTERFIELD AND M. RUSSELL | 250 WEST 55TH STREET | NEW YORK | NY | 10019-9601 | |
| SILICON VALLEY BANK | C/O ASHBY & GEDDES  P.A. | ATTN: GREGORY TAYLOR | 500 DELEWARE AVENUE  8TH FLOOR | WILMINGTON | DE | 19899-1150 | |
| SILICON VALLEY BANK | ATTN: TOM POWLEY | 3003 TASMAN DRIVE | | SANTA CLARA | CA | 95054 | |
| State Of Alabama | Office Of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State Of Alaska | Office Of The Attorney General | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State Of California | Office Of The Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State Of Colorado | Office Of The Attorney General | 1300 Broadway, 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| State Of Connecticut | Office Of The Attorney General | 55 Elm St | | Hartford | CT | 06106 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Hawaii | Office Of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State Of Illinois | Office Of The Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| State Of Indiana | Office Of The Attorney General | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| State Of Iowa | Office Of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| State Of Louisiana | Office Of The Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State Of Maryland | Office Of The Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| State Of Michigan | Office Of The Attorney General | 525 W Ottawa St | G. Mennen Williams Bldg 7Th Fl | Lansing | MI | 48909 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| State Of Missouri | Office Of The Attorney General | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 2



**Exhibit K**
Served via Overnight Mail

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State Of New Hampshire | Office Of The Attorney General | 33 Capitol St. | Nh Department Of Justice | Concord | NH | 03301 | |
| State Of New Jersey | Office Of The Attorney General | 25 Market St 8Th Fl, West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| State Of Ohio | Office Of The Attorney General | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| State Of Oklahoma | Office Of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State Of South Carolina | Office Of The Attorney General | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Utah | Office Of The Attorney General | State Capitol, Room 236 | | Salt Lake City | UT | 84114 | |
| State Of Utah | Office Of The Attorney General | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| State Of Vermont | Office Of The Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of West Virginia | Office Of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main St, Room 114 East P | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |
| Stratasys Inc | Attn: Yoav Zeif CEO | 7665 Commerce Way | | Eden Prairie | MN | 55344 | |
| SVB ASSET MANAGEMENT | ATTN: LEGAL DEPT | 505 HOWARD STREET | FLOOR 3 | SAN FRANCISCO | CA | 94105 | |
| U.S. Customs and Border Protection | Attn: Scott Falk General Counsel | 1300 Pennsylvania Ave. NW | | Washington | DC | 20229 | |
| UPS General Services Co. | Attn: Eric Woltering | 55 Glenlake Parkway | | Atlanta | GA | 30328 | |
| US ATTORNEY DISTRICT OF DELAWARE | Attn: Legal | 1313 N MARKET STREET | | WILMINGTON | DE | 19801 | |
| Waste Management | c/o Monzack Mersky and Browder  PA | 1201 N. Orange St | Ste 400 | Wilmington | DE | 19801 | |
| Wrightwood Precision Products | Attn: Joseph Folker President | 4934 W Bloomingdale Ave | | Chicago | IL | 60639 | |
| Xintianjian Industry Co. Limited | Attn: Legal Department | Baoyuanquan 1st Industrial Zone | Donghuan Road | Shajing Town, | | | China |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 2 of 2

# Exhibit L

 STRETTO

**Exhibit L**
Served via Electronic Mail

| Name | Attention | Email |
|------|-----------|-------|
| APIC (aplicaciones industriales de calidad s.a. de c.v) | Attn: Paul Vedrenne, Director of Operations | attorney.general@ct.gov |
| Better-Mold (Dg) Industrial Co., Ltd | Attn: Fiona Zhang | attorney.general@alaska.gov |
| C&L Industries Co., Limited | Attn: Sunny Chen, President | aginfo@azag.gov |
| Carbon | Attn: Craig Carlson, CTO | ConstituentServices@ag.louisiana.gov |
| Decatur Mold | Attn: Rhonda Hoerle, President | KyOAGOR@ky.gov |
| Donnelley Financial Solutions | Attn: Eric Foster, EVP & CIO | lawrence.wasden@ag.idaho.gov |
| Ellison Technologies | Attn: Jana Brown, CFO | ago@state.ma.us |
| Ernst & Young LLP | Attn: Daniel Cullen , Partner/Principal | derek.schmidt@ag.ks.gov |
| Google Inc. | Attn: Corporation Service Company | hawaiiag@hawaii.gov |
| Mastergraphics | Attn: Kevin Carr, President | ashley.moody@myfloridalegal.com |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN:  LINDA CASEY, ESQ. | NYROBANKRUPTCY@SEC.GOV |
| Palantir Technologies Inc. | Attn: Ryan Taylor, Chief Legal and Business Affairs Officer | oag@dc.gov |
| Russel Precision & Solution | Attn: Mr. Ivan Liu, President | xavier.becerra@doj.ca.gov |
| SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | miag@michigan.gov |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | Attorney.General@ag.state.mn.us |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | consumer.help@ago.mo.gov |
| SILICON VALLEY BANK | ATTN: TOM POWLEY | MidwestTechRA@svb.com |
| State Of Arkansas | Office Of The Attorney General | ndag@nd.gov |
| State Of California | Office Of The Attorney General | attorneygeneral@doj.nh.gov |
| State Of Connecticut | Office Of The Attorney General | hbalderas@nmag.gov |
| State Of Hawaii | Office Of The Attorney General | questions@oag.ok.gov |
| State Of Iowa | Office Of The Attorney General | ellen.rosenblum@dog.state.or.us |
| State Of Maine | Office Of The Attorney General | ago.info@vermont.gov |
| State Of Maryland | Office Of The Attorney General | mail@oag.state.va.us |
| State Of Massachusetts | Office Of The Attorney General | uag@utah.gov |
| State Of Mississippi | Office Of The Attorney General | consumer@wvago.gov |
| State Of North Carolina | Office Of The Attorney General | uag@utah.gov |
| U.S. Customs and Border Protection | Attn: Scott K. Falk, General Counsel | oag@oag.state.md.us |
| United Parcel Service General Services Co. | Attn: Eric Woltering, Director of M&A | consumer@ag.iowa.gov |
| Wrightwood Precision Products | Attn: Joseph Folker, President | info@lisamadigan.org |

In re: Fast Radius, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 1