**Exhibit A**

| Counterparty | Executory Contract or Unexpired Lease | Cure Amount ($) |
|---|---|---|
| AMAZON | SOFTWARE CONTRACT - IAAS FOR ALL PRODUCT WORKLOADS | $36,314.29 |
| AUTODESK | SOFTWARE CONTRACT - CAD | $4,064.84 |
| CARBON, INC. | MASTER SUBSCRIPTION AGREEMENT | $468,008.85 |
| CDW | SOFTWARE CONTRACT - FOR MEETINGS | $12,710.61 |
| MASTERGRAPHICS | SERVICE CONTRACT - HP 3D PRINTER CONSUMABLES AND SERVICES | $0.00 |
| MATERIALISE | SOFTWARE CONTRACT - 3D PRINTING SOFTWARE | $0.00 |
| MICROSOFT | SERVICE CONTRACT - ADS | $11,719.70 |
| RETOOL | SOFTWARE CONTRACT - LOW CODE SOFTWARE CREATION | $33,458.33 |
| SMARTSHEET | SOFTWARE CONTRACT - PROJECT/TASK MANAGEMENT FOR SUPPLIERS | $1,157.54 |
| STRATASYS, INC. | COOPERATION AGREEMENT | $98,326.11 |