**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Legacy FSRD, Inc. (f/k/a Fast Radius, Inc., *et. al*),<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11051 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 219, 265 & 275** |

**NOTICE OF FILING OF SOLICITATION VERSION OF THE**
**COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN**

  **PLEASE TAKE NOTICE** that, on November 7, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

  **PLEASE TAKE FURTHER NOTICE** that, on December 19, 2022, the Debtors filed the *Combined Disclosure Statement and Joint Chapter 11 Plan* [D.I. 219] *(*as may be amended, modified, or supplemented, the "Combined Disclosure Statement and Plan"*)*.

  **PLEASE TAKE FURTHER NOTICE** that, on December 19, 2022, the Debtors also filed the *Motion of Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief* [Docket No. 220] (the "Solicitation Motion").

  **PLEASE TAKE FURTHER NOTICE** that, on January 12, 2023, the Debtors filed a revised Combined Disclosure Statement and Plan (the "Filed Combined Disclosure Statement and Plan") [Docket No. 265].

  **PLEASE TAKE FURTHER NOTICE** that, on January 13, 2023, a hearing was held on the Solicitation Motion, which among other things, sought entry of an order (i) approving the Combined Disclosure Statement and Plan; and (ii) approving certain related notice procedures and other procedures for solicitation and tabulation of votes to accept or reject the Combined Disclosure Statement and Plan.

  **PLEASE TAKE FURTHER NOTICE** that, on January 13, 2023, the Court entered the *Order Approving Motion of Debtors for Entry of an Order (I) Approving the Combined Disclosure*

*Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief* [Docket No. 275] (the "Solicitation Order"), granting the relief sought in the Solicitation Motion.

**PLEASE TAKE FURTHER NOTICE** that, the solicitation version of the Combined Disclosure Statement and Plan (the "Solicitation Combined Disclosure Statement and Plan") is attached hereto as **Exhibit A**. A redline comparing the Solicitation Combined Disclosure Statement and Plan with the Filed Combined Disclosure Statement and Plan is attached hereto as **Exhibit B.**

**PLEASE TAKE FURTHER NOTICE** that, copies of the Combined Disclosure Statement and Plan, the Solicitation Order and any pleadings filed in the above-captioned case may be obtained: (i) at the website established by the Debtors' noticing agent, Stretto, at https://www.cases.stretto.com/fastradius, (ii) from the Court's website https://www.de.uscourts.gov via ECF/PACER, or (iii) upon request to undersigned counsel.

[*Remainder of Page Intentionally Left Blank*]

Dated: January 17, 2023
      Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin (DE 5032)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@us.dlapiper.com

-and-

Rachel Ehrlich Albanese (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: rachel.albanese@us.dlapiper.com

-and-

W. Benjamin Winger (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email: benjamin.winger@us.dlapiper.com

*Counsel for the Debtors*