**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy FSRD, Inc., *et al.*[1] | Case No. 22-11051 (JKS) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF PUBLICATION OF LARNYCE TABRON, PRINCIPAL CLERK OF THE PUBLISHER OF THE NEW YORK TIMES**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Legacy FSRD, Inc. (2788), Fast Radius Operations, Inc. (5398) and Fast Radius PTE. LTD (9511). The corporate headquarters and the mailing address for the Debtors is 113 N. May Street, Chicago, Illinois 60607.



**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

Sworn to me this 19th day
of January, 2023

_Ellen Herb_
_____

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

# PROOF OF PUBLICATION

January 19, 2023

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

1/19/2023, NYT & NATL, pg B3

_Larnyce Tabron_

[Publication notice clipping attached]

# G.O.P. Opens Talks With TV Networks About Hosting Debates

FROM FIRST BUSINESS PAGE

to describe discussions intended to be private. Political debates are highly prized in the TV news industry, and the networks are expected to present proposals next month.

"Our goal is to have incredibly successful debates that allow Republican primary voters to see, without any kind of bias, a full picture of what these candidates stand for," David Bossie, the chairman of the party's presidential debates committee, said in an interview.

The conversations, led by Mr. Bossie and Ronna McDaniel, the R.N.C. chairwoman, have moved forward even as the Republicans' slate of presidential contenders remains uncertain. They underscore a delicate balancing act for Republican leaders, who are reviewing media and messaging strategy after a poor showing in last year's midterm races.

Several Republican candidates in 2022 who spoke only with conservative outlets and podcasters were defeated in November — losses that raised questions about the power of partisan media to reach the swing voters who often determine the outcome of tight races.

But other leading Republicans found success in ignoring the mainstream press. Gov. Ron DeSantis of Florida, who is viewed as a likely 2024 presidential contender, easily won re-election without submitting to interviews with nonpartisan outlets or local editorial pages. Former President Donald J. Trump, the only Republican who has declared his intention to run in 2024, continues to assail journalists.

In the interview, Mr. Bossie acknowledged that Republicans remained "incredibly skeptical that our presidential candidates can get a fair shake from what we consider the biased mainstream media." But he said Republican leaders could still engage with national media outlets that conservative stars routinely criticize.

"There are plenty of Republicans who consume their news just from the major networks," Mr. Bossie said. "That's why we have a broader outreach."

Mr. Bossie said he would "demand fair and unbiased moderators and questioners," adding: "We are fighting for that fairness. Our goal is to have a debate without anybody even remembering who a moderator is, or if there was a moderator."

The R.N.C. is unlikely to turn to MSNBC to sponsor a primary debate, partly because the network's left-leaning audience has little overlap with the primary electorate, according to a person with knowledge of the party's plans. But the early talks have included NBC properties like CNBC, Telemundo and the NBC broadcast network.

There is precedent for political parties bypassing specific networks. In 2019, Democratic officials refused to grant one of their primary debates to Fox News.

"We cast a broad net to engage with interested and qualified organizations, though not every entity who submits a proposal will receive a debate," Ms. McDaniel said in a statement.

Aired to mass audiences by broadcast and cable networks, debates are a tradition that often produce pivotal moments in campaigns. For long-shot candidates, they can be hugely beneficial (Mr. Trump's fiery exchange in 2015 with Megyn Kelly, a Fox News anchor at the time) or hugely destructive (Senator Elizabeth Warren's dismantling of former Mayor Michael R. Bloomberg of New York in 2020, effectively ending his presidential candidacy onstage).

Networks typically foot the significant costs for holding a debate, including paying for the venue rental and production crew; in return, TV executives secure big ratings and big revenue. Primary debates in 2015 and 2019 broke viewership records. In the 2016 race, when both parties' nominations were openly contested, CNN hosted more than a dozen primary debates and candidate forums; the network often made up to $2 million in profit from individual events, according to a person with knowledge of internal financial figures.

The electoral matchups also place news networks at the heart of the national conversation and highlight their civic role. Cable channels often choreograph days of Super Bowl-like coverage around a primary debate, complete with onscreen clocks counting down to the main event.

Recently, however, debates have faced an uncertain future. The Republican Party last year formally boycotted the Commission on Presidential Debates, the nonpartisan group that has sponsored every general election debate since 1988, deeming it "biased." The R.N.C. has not backed away from that stance. (Primary debates are organized directly between political parties and media organizations, without the participation of the independent commission.) In the 2022 midterm elections, some high-profile Republican and Democratic candidates declined to appear on a debate stage with their opponents.

Even if Republican officials wrap up plans for a primary debate with a mainstream network, it is not clear if candidates who attack the news media, like Mr. Trump or Mr. DeSantis, will participate.

In 2020, Mr. Trump pulled out of the second of three scheduled general-election debates after the commission decided to hold the debate virtually because of concerns about the coronavirus; the event was canceled.

In 2016, Mr. Trump withdrew from a Fox News debate on the eve of the Iowa caucuses after the network rejected his request that Ms. Kelly be removed as a moderator. Two months later, when Mr. Trump announced that he would skip another Fox News debate in Utah, the network canceled the event.



TODD HEISLER/THE NEW YORK TIMES

Participating in the Republican presidential debate hosted by CNN at the University of Miami in 2016 were, from left, Senator Marco Rubio, Donald J. Trump, Senator Ted Cruz and Gov. John Kasich.



DOUG MILLS/THE NEW YORK TIMES

From left, the Fox News hosts Chris Wallace, Megyn Kelly and Bret Baier moderated the first Republican presidential debate in Cleveland in 2015.

# U.K. Inflation Slows but Remains Stubbornly High

By ESHE NELSON

The rate of inflation in Britain slowed for a consecutive second month in December, but was still running in the double digits, maintaining a tight squeeze on household finances.

Consumer prices rose 10.5 percent in December from a year earlier, down from 10.7 percent the previous month, with rising food prices and prices at hotels and restaurants offsetting lower gasoline and clothing prices, the Office for National Statistics said on Wednesday. Food and nonalcoholic drink prices rose 16.8 percent in December from a year earlier, slightly faster than the previous month.

The overall declines followed a 41-year high for inflation in October, at 11.1 percent.

The peak appears to have passed, similar to trends in the United States, where the overall rate of inflation has been falling for six months, and in the eurozone, where the rate dipped below double digits in December. But central bankers, tasked with returning inflation to their 2 percent targets, are far from declaring victory.

For much of last year in Britain, the biggest driver of inflation was higher energy prices, which led to more expensive household electricity and gas bills. As wholesale natural gas prices have fallen, central bankers remain concerned about the extent to which the energy shock is still feeding into the economy and the impact of the tight labor market. They see the risk of inflation becoming embedded as companies raise prices to offset higher costs and businesses significantly raise wages to attract workers in short supply when the cost of living is high.

So policymakers setting interest rates have homed in on domestic signals of inflation to try to assess how persistent higher prices will be, analyzing wage growth and increases in services inflation.

In Britain, the rate of core inflation, which strips out energy and food prices because of their volatility, held firm at 6.3 percent in December, the statistics office said on Wednesday. Prices for services rose faster in December than the month before.

To achieve price stability, the central bank must "ensure that any self-sustaining momentum in inflation at rates above the 2 percent target is squeezed out of the system by constraining demand," Huw Pill, the chief economist of the Bank of England, said this month.

Over the course of a year, the central bank raised interest rates from 0.1 percent to 3.5 percent, and is expected to raise rates again at its next meeting in early February.



SAM BUSH FOR THE NEW YORK TIMES

Consumer prices in Britain rose 10.5 percent in December from a year earlier, with inflation in the food, hotel and restaurant sectors leading the way.

Separate data published on Tuesday showed that average wages in the three months to November rose 6.4 percent from a year earlier, the fastest pace on record outside the pandemic lockdowns, when changes to employment skewed the data.

But even at this pace, wages are failing to keep up with inflation. The loss of spending power, after more than a decade of slow wage growth, especially for public service workers, has been partly responsible for a wave of strikes across industries in Britain. Nurses are set to walk out again in February in a battle with the government over higher pay.

Prime Minister Rishi Sunak made five pledges to Britons this month in a speech that sought to restore optimism while the country was mired in strikes and a crisis was deepening among emergency health care services seeking better pay. Among the promises were pledges to expand the economy and to halve inflation this year. While Britain's growth outlook is very weak, inflation was already widely expected to fall sharply this year, as the impact of last year's jump in natural gas prices falls out of the annual calculations.

The Bank of England forecast inflation would slow to 5.2 percent in the fourth quarter of this year, assuming higher interest rates.

[Legal notices: IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE — In re: Legacy FSRD, Inc., et al., Chapter 11 Case No. 22-11051 (JKS); NOTICE OF SECURED PARTY PUBLIC SALE OF INVENTORY AND EQUIPMENT; ATTENTION DIRECT AND INDIRECT HOLDERS OF, AND PROSPECTIVE HOLDERS OF, STOCK ISSUED BY QUOTIENT LIMITED; COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES / BUSINESS / FRANCHISE OPPORTUNITIES ads.]