**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Legacy FSRD, Inc. (f/k/a Fast Radius, Inc., *et. al*),[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11051 (JKS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 265, 275 & 278** |

**NOTICE OF FILING REVISED COMBINED DISCLOSURE STATEMENT
AND JOINT CHAPTER 11 PLAN (WITH TECHNICAL MODIFICATIONS)**

　　**PLEASE TAKE NOTICE** that, on November 7, 2022, each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

　　**PLEASE TAKE FURTHER NOTICE** that, on January 17, 2023, the Debtors filed the solicitation version of the *Combined Disclosure Statement and Joint Chapter 11 Plan* [D.I. 278] (as may be amended, supplemented, or otherwise modified from time to time, the "Combined Disclosure Statement and Plan").[2]

　　**PLEASE TAKE FURTHER NOTICE** that, a hearing to consider confirmation of the Plan is scheduled to be held on **February 22, 2023, at 10:30 a.m. (Eastern Time)** before the Honorable Judge J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 (the "Combined Hearing"). The Combined Hearing may be adjourned from time to time without further notice other than a notice filed on the Court's docket or an announcement of the adjourned date(s) at the hearing, and thereafter, at any adjourned hearing(s).

　　**PLEASE TAKE FURTHER NOTICE** that, the deadline to (i) file objections to final approval of the Combined Disclosure Statement and Plan and (ii) elect to opt out of the releases contained in Section 8.4 of the Combined Disclosure Statement and Plan is **February 14, 2023 at 4:00 p.m. (Eastern Time)**. Any objection must (a) be in writing, (b) comply with the Bankruptcy Rules and the Local Rules, and (c) be filed with the Bankruptcy Court and served upon the parties registered to receive notice through the Bankruptcy Court's ECF noticing system, in each case.

---

[1] 　　The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Legacy FSRD, Inc. (2788), Legacy FSRD Operations, Inc. (5398), and Legacy FSRD PTE LTD (9511). The location of the Debtors' service address in these chapter 11 cases is 251 Little Falls Drive, Wilmington, Delaware 19808.

[2] 　　Capitalized terms used but not defined in this notice shall have the meanings given to them in the Combined Disclosure Statement and Plan.

Unless an objection is timely filed and served, it may not be considered by the Bankruptcy Court at the Combined Hearing.

**PLEASE TAKE FURTHER NOTICE** that, the Combined Disclosure Statement and Plan has been modified to reflect certain technical modifications (the "Revised Combined Disclosure Statement and Plan") in advance of the hearing on confirmation of the Combined Disclosure Statement and Plan. The Debtors hereby file the following:

**EXHIBIT A:**   Revised Combined Disclosure Statement and Joint Chapter 11 Plan (With Technical Modifications)

**EXHIBIT B:**   Changed Pages Only Redline

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to amend, modify, or further supplement the Combined Disclosure Statement and Plan, and any of the documents contained therein, in accordance with the terms of the Combined Disclosure Statement and Plan.

**PLEASE TAKE FURTHER NOTICE** that the Combined Disclosure Statement and Plan, the Plan Supplement, and other documents and materials filed in these chapter 11 cases may be obtained at no charge from Stretto, the claims agent retained by the Debtors in these chapter 11 cases (the "Notice and Claims Agent"), by: (a) accessing the Notice and Claims Agent's website at https://cases.stretto.com/FastRadius/; (b) by writing to the Notice and Claims Agent at Legacy FSRD, Inc. (f/k/a Fast Radius, Inc., *et. al*), Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; or (c) calling the Notice and Claims Agent at 855-331-1513 (Toll-Free) or 949-404-3325 (International). You may also obtain copies of pleadings filed in these chapter 11 cases for a fee via PACER at http://www.ecf.deb.uscourts.gov.

| | |
|---|---|
| Dated:  February 7, 2023<br>           Wilmington, Delaware | Respectfully submitted,<br>**DLA PIPER LLP (US)**<br><br>*/s/ R. Craig Martin*<br>R. Craig Martin (DE 5032)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@us.dlapiper.com<br><br>-and-<br><br>Rachel Ehrlich Albanese (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br><br>-and-<br><br>W. Benjamin Winger (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: benjamin.winger@us.dlapiper.com<br><br>*Counsel for the Debtors* |