**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy FSRD, Inc. (f/k/a Fast Radius, Inc., *et. al*),[1] | Case No. 22-11051 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re:  D.I. Nos. 299, 310 & 311** |

**NOTICE OF FILING OF PROPOSED FINDINGS OF FACT,
CONCLUSIONS OF LAW, AND ORDER CONFIRMING DEBTORS'
COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN**

**PLEASE TAKE NOTICE** that on December 19, 2022, the above-captioned debtors (the "Debtors") filed with the U.S. Bankruptcy Court for the District of Delaware the *Motion of Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Legacy FSRD, Inc. (2788), Legacy FSRD Operations, Inc. (5398), and Legacy FSRD PTE LTD (9511).  The location of the Debtors' service address in these chapter 11 cases is 251 Little Falls Drive, Wilmington, Delaware 19808.

*Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief* (the "Solicitation Motion") [D.I. 220].

**PLEASE TAKE FURTHER NOTICE** that, on January 13, 2023, the Court entered an order approving the Solicitation Motion [D.I. 275] (the "Solicitation Order").[2]

**PLEASE TAKE FURTHER NOTICE** that on February 7, 2023, the Debtors filed the *Notice of Filing Revised Combined Disclosure Statement and Joint Chapter 11 Plan (With Technical Modifications)* [D.I. 299] (as may be further amended, supplemented, or otherwise modified from time to time, the "Combined Disclosure Statement and Plan").

**PLEASE TAKE FURTHER NOTICE** that in connection with the Combined Disclosure Statement and Plan, attached hereto as **Exhibit A** is the proposed *Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan* (the "Proposed Confirmation Order") approving confirmation of the Combined Disclosure Statement and Plan.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Confirmation Order attached hereto as **Exhibit A.**

[*Remainder of page intentionally left blank*]

---

[2]     Capitalized terms used but not defined in this notice have the meaning ascribed to them in the Solicitation Order.

Dated:  February 17, 2023
         Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin (DE 5032)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email:     craig.martin@us.dlapiper.com

-and-

Rachel Ehrlich Albanese (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email:     rachel.albanese@us.dlapiper.com

-and-

W. Benjamin Winger (admitted *pro hac vice*)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Telephone: (312) 368-4000
Facsimile: (312) 236-7516
Email:     benjamin.winger@us.dlapiper.com

*Counsel for the Debtors*

3