**<u>Exhibit B</u>**

**Form of Effective Date Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Legacy FSRD, Inc. (f/k/a Fast Radius, Inc., *et. al*),³<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11051 (JKS)<br><br>(Jointly Administered)<br><br>Re: D.I. No. [__] |

**NOTICE OF (I) ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING DEBTORS' COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN (WITH TECHNICAL MODIFICATIONS) AND (II) OCCURRENCE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Petition Date.** On November 7, 2022, each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. **Confirmation of the Plan.** On February [•], 2023, the Court entered an order [D.I. •] (the "Confirmation Order"), confirming the *Combined Disclosure Statement and Joint Chapter 11 Plan (with Technical Modifications)* [D.I. •] (as may be further amended, supplemented, or otherwise modified from time to time, the "Plan").⁴

3. **Effective Date.** On February [•], 2023, (the "Effective Date"), each of the conditions precedent to consummation of the Plan enumerated in Section 11.1 of the Plan were satisfied or waived in accordance with the Plan and the Confirmation Order, and the Effective Date of the Plan occurred.

4. **Deadline to File Administrative Claims.** In accordance with Section 2.3 of the Plan, all requests for payment of Administrative must be filed with the Court and served no later than **thirty (30) days after the Effective Date**. Unless otherwise ordered by the Court, holders of Administrative Claims that do not file and serve such Administrative Claims by the Administrative Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors or their property and such Administrative Claims shall be deemed discharged as of the Effective Date.

---

³ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Legacy FSRD, Inc. (2788), Legacy FSRD Operations, Inc. (5398), and Legacy FSRD PTE LTD (9511). The location of the Debtors' service address in these chapter 11 cases is 251 Little Falls Drive, Wilmington, Delaware 19808.

⁴ Capitalized terms used but not defined herein have the meanings given to them in the Plan.

5.   **Deadline to File Professional Fee Claims.**  In accordance with Section 2.2 of the Plan, all requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Effective Date must be filed with the Court no later than **thirty (30) days after the Effective Date**.

6.   **Deadline to File Rejection Damages Claims.**  In accordance with Section 9.1 of the Plan, all Executory Contracts and Unexpired Leases that are that are (i) not assumed or rejected before the Effective Date (excluding, for the avoidance of doubt, insurance policies), or (ii) not subject to a pending motion to assume or reject as of the Effective Date.  Entry of this Confirmation Order shall constitute approval of such assumptions, assumptions and assignments, and rejections of such Executory Contracts or Unexpired Leases pursuant to sections 365(a) and 1123 of the Bankruptcy Code are to be automatically rejected. All requests for payment based on the rejection of the Debtors' Executory Contracts or Unexpired Leases pursuant to the Plan, must be filed with the Court and served in accordance with Section 9.2 of the Plan **within thirty (30) days after the date of notice of the entry of the order of the Bankruptcy Court rejecting the Executory Contract or Lease (which may include the Confirmation Order)**.

7.   **Release, Discharge, Exculpation, and Injunction Provisions.**  The Court has approved certain release, exculpation, injunction, and related provisions in Article VIII of the Plan.  The Plan and the Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and the Confirmation Order in their entirety.

8.   **Copies of Pleadings.**  Parties interested in obtaining copies of the Plan, the Confirmation Order, and/or any other document filed in the Debtors' chapter 11 cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Stretto, Inc., the Debtors' claims and noticing agent, available at: https://cases.stretto.com/fastradius (which is free of charge); or (iv) contacting counsel for the Debtors using the contact information below.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: February __, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> _/s/ Draft_____<br>R. Craig Martin (DE 5032)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@us.dlapiper.com<br><br>-and-<br><br>Rachel Ehrlich Albanese (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br><br>-and-<br><br>W. Benjamin Winger (admitted *pro hac vice*)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516<br>Email: benjamin.winger@us.dlapiper.com<br><br>*Counsel for the Debtors* |