**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy FSRD, Inc., *et al.*[1] | Case No. 22-11051 (JKS) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, Parker L. Popky, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 16, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail via on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Certification of Stretto Regarding Tabulation of Votes in Connection with the Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan** (Docket No. 307)

Furthermore, on February 17, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail via on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for In-Person Hearing on February 22, 2023, at 10:30 A.M. (ET)** (Docket No. 308)

- **Memorandum of Law in Support of Confirmation of Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan and Response to United States Trustee's Limited Objection** (Docket No. 310)

- **Declaration of Brian Whittman in Support of Confirmation of the Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan** (Docket No. 311)

- **Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Combined Disclosure Statement and Chapter 11 Plan** (Docket No. 312)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Legacy FSRD, Inc. (2788), Fast Radius Operations, Inc. (5398) and Fast Radius PTE. LTD (9511). The corporate headquarters and the mailing address for the Debtors is 113 N. May Street, Chicago, Illinois 60607.

Furthermore, on February 18, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail via on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Submission of Proofs of Claim** (Docket No. 309)

Furthermore, on February 21, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail via on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Amended Notice of Agenda of Matters Scheduled for In-Person Hearing on February 22, 2023, at 10:30 A.M. (ET)** (Docket No. 313)

Furthermore, on February 21, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail via on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Monthly Operating Report** (Docket No. 315)

- **Monthly Operating Report** (Docket No. 316)

- **Monthly Operating Report** (Docket No. 317)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: February 22, 2023

Parker Popky

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 22th day of February, 2023 by Parker Popky.

(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 10/04/2026

# Exhibit A

STRETTO

**Exhibit A**

Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| APIC (aplicaciones industriales de calidad s.a. de c.v) | Attn: Paul Vedrenne, Director of Operations | Av. San Rafael 9 | 2, 051 | Parque | | 52000 | Mexico |
| Better-Mold (Dg) Industrial Co., Ltd | Attn: Fiona Zhang | No.37, Lishang Avenue | Chang'An | Dongguan | | | China |
| C&L Industries Co., Limited | Attn: Sunny Chen, President | Flatrm B7/F Chongming Building | 72 Chenua Sha Wan Rd | Kowloon | | | Hong Kong |
| Carbon | Attn: Craig Carlson, CTO | 1089 Mills Way | | Redwood City | CA | 94063 | |
| Common Grounds Workplace | Attn: Scott Anderson, COO | 18029 Calle Ambiente | #500 | Rancho Sante Fe | CA | 92091 | |
| Decatur Mold | Attn: Rhonda Hoerle, President | 3330 State Hwy 7 | | North Vernon | IN | 47265 | |
| District Of Columbia | Office Of The Attorney General | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Donnelley Financial Solutions | Attn: Eric Foster, EVP & CIO | 35 West Wacker Drive | | Chicago | IL | 60601 | |
| Ellison Technologies | Attn: Jana Brown, CFO | 9828 Arlee Ave | | Sante Fe Springs | CA | 90670 | |
| Ernst & Young LLP | Attn: Daniel Cullen , Partner/Principal | 401 9th ave | | New York | NY | 10001 | |
| Faegre Drinker Biddle & Reath LLP | Attn: Kayla D. Britton | 600 E 96th St | Ste 600 | Indianapolis | IN | 46240 | |
| Faegre Drinker Biddle & Reath LLP | Attn: Katharina Earle (No. 6348) | 222 Delaware Ave | Ste 1410 | Wilmington | DE | 19801 | |
| Google Inc. | Attn: Corporation Service Company | 2710 Gateway Oaks Dr, Ste 150N | | Sacramento | CA | 95833 | |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| JASONMOULD INDUSTRIAL COMPANY CO., LTD. | | JUNXI INDUSTRIAL ZONE OF LONGGANG VILLAGE | LONGXI TOWN, BOLUO COUNTY | HUIZHOU CITY | | 51681 | CHINA |
| LBA LVF VII-Company XXXIII, LLC | ATTN: VICE PRESIDENT - ASSET MANAGEMENT | C/O RREEF MANAGEMENT L.L.C. | DWS 222 SOUTH RIVERSIDE PLAZA, 34th Fl | CHICAGO | IL | 60606 | |
| LBA LVF VII-COMPANY XXXIII, LLC | c/o Allen Matkins Leck Gamble Mallory & Natsis LLP | Attn: Ivan M. Gold, Esquire | Three Embarcadero Center, 12th Fl | San Francisco | CA | 94111-4074 | |
| LBA LVF VII-COMPANY XXXIII, LLC | c/o Ballard Spahr LLP | Attn: Leslie C. Heilman, Esq., Laurel D. Roglen, Esq. | 919 N Market St., 11th Fl | Wilmington | DE | 19801-3034 | |
| LBA LVF VII-Company XXXIII, LLC | c/o LBA Realty | Attn: Perry Schonfeld | 3347 Michelson Dr, Ste 200 | Irvine | CA | 92612 | |
| Mastergraphics | Attn: Kevin Carr, President | 2920 Marketplace Dr, Ste 101 | | Fitchburg | WI | 53719 | |
| MasterGraphics | Attn: Kevin J. Carr | 2920 Marketplace Drive, Suite 101 | | Fitchburg | WI | 53719 | |
| MATERIALISE USA, LLC | C/O KERR, RUSSELL, AND WEBBER, PLC | ATTN: JASON W. BANK | 500 WOODWARD AVE, Ste 2500 | DETROIT | MI | 48226 | |
| Materialise USA, LLC | c/o Whitefor, Taylor & Preston LLC | Attn: Chad J. Toms | 600 N King St, Ste 300 | Wilmington | DE | 19801-3700 | |
| MORRISON & FOERSTER LLP | ATTN: BENJAMIN BUTTERFIELD | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9601 | |
| Office Of The United States Attorney For The District Of Delaware | | 1313 N MARKET STREET | | WILMINGTON | DE | 19801 | |
| Office Of The United States Trustee | ATTN: LINDA CASEY, ESQ. | 844 N KING ST #2207 LOCKBOX 35 | | WILMINGTON | DE | 19801 | |
| Official Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, R. Stephen McNeill, Elizabeth R. Schlecker | 1313 North Market St, 6th Fl | Wilmington | DE | 19801 | |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 425 Market St, Ste 2900 | San Francisco | CA | 94105-3493 | |
| Oracle America, Inc. | c/o Doshi Legal Group, PC | Attn: Amish R. Doshi, Esq. | 1979 Marcus Ave, Ste 210E | Lake Success | NY | 11042 | |
| Palantir Technologies Inc. | Attn: Ryan Taylor, Chief Legal and Business Affairs Officer | 1200 17th St 15 | | Denver | CO | 80202-5835 | |
| Palantir Technologies, Inc. | | 1200 17th Street, Floor 15 | | Denver | CO | 80202 | |
| ROD International | Attn: Juan Rodriguez, President | No. 4 Floor | Building A, 5th Factory district, Fuzhu 3rd Street | Dongguan City, 523637 | | | China |
| Russel Precision & Solution | Attn: Mr. Ivan Liu, President | 678 Nathan Rd Room C, 15/F | Hua Chiao Commercial C | Mongkok, | | | Hong Kong |
| SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F STREET, NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE | 200 Vesey Street, Suite 400 Brookfield Place | NEW YORK | NY | 10281-1022 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | 100 PEARL ST | Suite 20-100 | NEW YORK | NY | 10004-2616 | |
| SILICON VALLEY BANK | C/O MORRISON & FOERSTER LLP | ATTN: ALEXANDER G. RHEAUME | John Hancock Tower, 200 Claarendon Street, Floor 20 | BOSTON | MA | 02116 | |
| SILICON VALLEY BANK | C/O MORRISON & FOERSTER LLP | ATTN: BENJAMIN BUTTERFIELD AND MIRANDA K. RUSSELL | 250 West 55Th Street | NEW YORK | NY | 10019-9601 | |
| SILICON VALLEY BANK | C/O ASHBY & GEDDES, P.A. | ATTN: GREGORY TAYLOR | 500 Deleware Avenue, 8Th Floor | WILMINGTON | DE | 19899-1150 | |
| State Of Alabama | Office Of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State Of Alaska | Office Of The Attorney General | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State Of California | Office Of The Attorney General | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | |
| State Of Colorado | Office Of The Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 | |
| State Of Connecticut | Office Of The Attorney General | 165 Capitol Avenue | | Hartford | CT | 06106 | |
| State Of Florida | | Office Of The Attorney General | The Capitol Pl 01 | Tallahassee | FL | 32399 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Hawaii | Office Of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State Of Idaho | Office Of The Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State Of Illinois | Office Of The Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| State Of Indiana | Office Of The Attorney General | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| State Of Iowa | Office Of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| State Of Louisiana | Office Of The Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State Of Maryland | Office Of The Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| State Of Michigan | Office Of The Attorney General | G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | Lansing | MI | 48909 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| State Of Missouri | Office Of The Attorney General | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| State Of New Hampshire | Office Of The Attorney General | Nh Department Of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| State Of New Jersey | Office Of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| State Of Ohio | Office Of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| State Of Oklahoma | Office Of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State Of South Carolina | Office Of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | State Capitol, Room 236 | | Salt Lake City | UT | 84114 | |
| State Of Utah | Office Of The Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| State Of Vermont | Office Of The Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of Washington Department of Employment Security | c/o Bankruptcy & Collections Unit | Attn: Dina L. Yunker - Assistant Attorney General | 800 Fifth Ave, Ste 2000 | Seattle | WA | 98104-3188 | |
| State Of West Virginia | Office Of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Stratasys, Inc | Attn: Yoav Zeif, CEO | 7665 Commerce Way | | Eden Prairie | MN | 55344 | |
| Stratasys, Inc | Attn: John Folks | 7665 Commerce Way | | Eden Prairie | MN | 55344 | |
| SVB INNOVATION CREDIT FUND VIII, L.P. | c/o Chapman and Cutler LLP | Attn: David T. Benz | 320 S Canal St | Chicago | IL | 60606 | |
| SVB Innovation Credit Fund VIII, LP | c/o Klehr Harrison Harvey Branzburg LLP | Attn: Richard M. Beck, Esq. | 919 N. Market St, Ste 1000 | Wilmington | DE | 19801 | |
| SyBridge Technologies | c/o Gibson, Dunn, & Crutcher LLP | Attn: Mathew J. Williams & Michael K. Gocksch | 200 Park Ave | New York | NY | 10166 | |
| SyBridge Technologies | c/o Young, Conaway, Stargatt & Taylor, LLP | Attn: Andrew L. Magaziner | Rodney Square, 1000 N King St | Wilmington | DE | 19801 | |
| U.S. Customs and Border Protection | Attn: Revenue Division Bankruptcy Team | 1300 Pennsylvania Ave. NW | | Washington | DC | 20229 | |
| United Parcel Service General Services Co. | Attn: Eric Woltering, Director of M&A | 55 Glenlake Parkway | | Atlanta | GA | 30328 | |
| US Bank Equipment Finance | c/o Darcy Devassy PC | Attn: Randall Woolley | 444 N Michigan Ave, Ste 2370 | Chicago | IL | 60611 | |
| US Bank Equipment Finance | c/o Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | 222 Delaware Ave, Ste 1500 | Wilmington | DE | 19801 | |
| Waste Management | c/o Monzack Mersky and Browder, P.A. | 1201 N. Orange St | Ste 400 | Wilmington | DE | 19801 | |
| Wrightwood Precision Products | Attn: Joseph Folker, President | 4934 W Bloomingdale Ave | | Chicago | IL | 60639 | |
| Xintianjian Industry Co. Limited | Attn: Legal Department | Baoyuanquan 1st Industrial Zone | Donghuan Road | Shajing Town, | | | China |

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Better-Mold (Dg) Industrial Co., Ltd | Attn: Fiona Zhang | | Yunki@Better-Molds.com |
| C&L Industries Co., Limited | Attn: Sunny Chen, President | | sunny@clproduct.com |
| Carbon | Attn: Craig Carlson, CTO | | krexford@carbon3d.com |
| District Of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Donnelley Financial Solutions | Attn: Eric Foster, EVP & CIO | | Eric.Foster@Dfinsolutions.com |
| Ellison Technologies | Attn: Jana Brown, CFO | | Jbrown@Ellisontechnologies.com |
| Ernst & Young LLP | Attn: Daniel Cullen , Partner/Principal | | daniel.cullen@ey.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Katharina Earle (No. 6348) | | katharina.earle@faegredrinker.com |
| Faegre Drinker Biddle & Reath LLP | Attn: Kayla D. Britton | | kayla.britton@faegredrinker.com |
| Google Inc. | Attn: Corporation Service Company | | google-legal-support@google.com |
| Mastergraphics | Attn: Kevin Carr, President | | Kevin.Carr@Mastergraphics.com |
| Office Of The United States Attorney For The District Of Delaware | | | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| Palantir Technologies Inc. | Attn: Ryan Taylor, Chief Legal and Business Affairs Officer | | jdaley@palantir.com |
| ROD International | Attn: Juan Rodriguez, President | | davis@rodintl.com |
| Russel Precision & Solution | Attn: Mr. Ivan Liu, President | | Hijklmn_005@hotmail.com |
| SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | | NYROBANKRUPTCY@SEC.GOV |
| SILICON VALLEY BANK | C/O MORRISON & FOERSTER LLP | Attn: Alexander G. Rheaume | arheaume@mofo.com |
| SILICON VALLEY BANK | C/O MORRISON & FOERSTER LLP | Attn: Benjamin Butterfield And Miranda K. Russell | bbutterfield@mofo.com mrussell@mofo.com |
| SILICON VALLEY BANK | C/O ASHBY & GEDDES, P.A. | Attn: Gregory Taylor | gtaylor@ashbygeddes.com |
| State Of Alabama | Office Of The Attorney General | | consumerinterest@Alabamaag.gov |
| State Of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State Of Arizona | Office Of The Attorney General | | aginfo@azag.gov |
| State Of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State Of Colorado | Office Of The Attorney General | | cora.request@coag.gov |
| State Of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State Of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State Of Illinois | Office Of The Attorney General | | michelle@lisamadigan.org |
| State Of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State Of Kentucky | Office Of The Attorney General | | KyOAGOR@ky.gov |
| State Of Louisiana | Office Of The Attorney General | | ConstituentServices@ag.louisiana.gov |
| State Of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State Of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State Of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State Of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State Of New Hampshire | Office Of The Attorney General | | attorneygeneral@doj.nh.gov |
| State Of New Mexico | Office Of The Attorney General | | hbalderas@nmag.gov |
| State Of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State Of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State Of Utah | Office Of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State Of Utah | Office Of The Attorney General | | uag@utah.gov |
| State Of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State Of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| Stratasys, Inc | Attn: Yoav Zeif, CEO | | Yoav.Zeif@Stratasys.com |
| U.S. Customs and Border Protection | Attn: Revenue Division Bankruptcy Team | | Bankruptcyteam@cbp.dhs.gov |
| Waste Management | c/o Monzack Mersky and Browder, P.A. | | rmersky@monlaw.com |
| Wrightwood Precision Products | Attn: Joseph Folker, President | | nicholas_folker@wrightwoodprecision.com |
| Xintianjian Industry Co. Limited | Attn: Legal Department | | Katie@Xtj-Tech.com |

In re: Legacy FSRD, Inc., et al.
Case No. 22-11051 (JKS)

Page 1 of 1

# Exhibit C



**Exhibit C**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1224 HOOKER STREET IL LLC | ATTN: VP - ASSET MANAGEMENT | C/O RREEF MANAGEMENT L.L.C. | DWS 222 S RIVERSIDE PLAZA 34th Fl | CHICAGO | IL | 60606 | |
| APIC | Attn: Paul Vedrenne Director of Ops | Av. San Rafael 9 | 2, 051 | Parque | | 52000 | Mexico |
| Better-Mold (Dg) Industrial Co. Ltd | Attn: Fiona Zhang | No.37 Lishang Avenue | Chang'An | Dongguan | | | China |
| C&L Industries Co. Limited | Attn: Sunny Chen President | Flatrm B7/F Chongming Building | 72 Chenua Sha Wan Rd | Kowloon | | | Hong Kong |
| Carbon | Attn: Craig Carlson CTO | 1089 Mills Way | | Redwood City | CA | 94063 | |
| Committee of Unsecured Creditors | c/o Potter Anderson & Corroon LLP | 1313 North Market St. 6th Fl | Attn: Samis McNeill Schlecker | Wilmington | DE | 19801 | |
| Common Grounds Workplace | Attn: Scott Anderson COO | 18029 Calle Ambiente | #500 | Rancho Sante Fe | CA | 92091 | |
| Decatur Mold | Attn: Rhonda Hoerle President | 3330 State Hwy 7 | | North Vernon | IN | 47265 | |
| District Of Columbia | Office Of The Attorney General | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Donnelley Financial Solutions | Attn: Eric Foster EVP & CIO | 35 West Wacker Drive | | Chicago | IL | 60601 | |
| Ellison Technologies | Attn: Jana Brown CFO | 9828 Arlee Ave | | Sante Fe Springs | CA | 90670 | |
| Ernst & Young LLP | Attn: Daniel Cullen | 401 9th ave | | New York | NY | 10001 | |
| Faegre Drinker Biddle & Reath LLP | Attn: Kayla D. Britton | 600 E 96th St | Ste 600 | Indianapolis | IN | 46240 | |
| Faegre Drinker Biddle & Reath LLP | Attn: Katharina Earle (No. 6348) | 222 Delaware Ave | Ste 1410 | Wilmington | DE | 19801 | |
| Google Inc. | Attn: Corporation Service Company | 2710 Gateway Oaks Dr, Ste 150N | | Sacramento | CA | 95833 | |
| INTERNAL REVENUE SERVICE | Attn: Legal | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | |
| JASONMOULD INDUSTRIAL CO.  LTD. | Attn: Legal | JUNXI INDUSTRIAL ZONE | LONGGANG VILLAGE LONGXI TOWN | HUIZHOU CITY | | 51681 | CHINA |
| LBA LVF VII-COMPANY XXXIII  LLC | c/o Allen et al. LLP Attn: I. Gold | Three Embarcadero Center | 12 Floor | San Francisco | CA | 94111-4074 | |
| LBA LVF VII-COMPANY XXXIII  LLC | c/o Ballard Spahr LLP | 919 N Market St. 11th Fl | Attn: L Heilman Esq. L. Roglen Esq. | Wilmington | DE | 19801-3034 | |
| LBA LVF VII-Company XXXIII  LLC | c/o LBA Realty Attn: P. Schonfeld | 3347 Michelson Dr | Ste 200 | Irvine | CA | 92612 | |
| Mastergraphics | Attn: Kevin Carr President | 2920 Marketplace Dr Ste 101 | | Fitchburg | WI | 53719 | |
| MasterGraphics | Attn: Kevin J.  Carr | 2920 Marketplace Drive | Suite 101 | Fitchburg | WI | 53719 | |
| Materialise USA  LLC | c/o Kerr  Russell  and Webber  PLC | 500 Woodward Ave, Ste 2500 | Attn: Jason W. Bank | Detroit | MI | 48226 | |
| Materialise USA  LLC | c/o Whitefor  Taylor & Preston LLC | 600 N King St Ste 300 | Attn: Chad J. Toms | Wilmington | DE | 19801-3700 | |
| MORRISON & FOERSTER LLP | ATTN: BENJAMIN BUTTERFIELD | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9601 | |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN:  LINDA CASEY ESQ. | 844 N KING ST #2207 LOCKBOX 35 | | WILMINGTON | DE | 19801 | |
| Oracle America  Inc. | c/o Buchalter A Professional Corp. | 425 Market St Ste 2900 | Attn: Shawn M. Christianson  Esq. | San Francisco | CA | 94105-3493 | |
| Oracle America  Inc. | c/o Doshi Legal Group  PC | 1979 Marcus Ave Ste 210E | Attn: Amish R. Doshi Esq. | Lake Success | NY | 11042 | |
| Palantir Technologies Inc. | Attn: Ryan Taylor | 1200 17th St  15 | | Denver | CO | 80202-5835 | |
| Palantir Technologies Inc. | Attn: Legal Dept. | 1200 17th Street | Floor 15 | Denver | CO | 80202 | |
| ROD International | Attn: Juan Rodriguez President | 5th Factory district Fuzhu 3rd St | Building A No. 4 Floor | Dongguan City | | 523637 | China |
| Russel Precision & Solution | Attn: Mr. Ivan Liu President | 678 Nathan Rd Room C 15/F | Hua Chiao Commercial C | Mongkok | | | Hong Kong |
| SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F STREET, NE | | WASHINGTON | DC | 20549 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI | 200 VESEY STREET | SUITE 400 BROOKFIELD PLACE | NEW YORK | NY | 10281-1022 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: LARA SHALOV MEHRABAN | 100 PEARL ST | SUITE 20-100 | NEW YORK | NY | 10004-2616 | |
| SILICON VALLEY BANK | C/O MORRISON & FOERSTER LLP | ATTN: ALEXANDER G. RHEAUME | 200 CLAARENDON ST. FLR 20 | BOSTON | MA | 02116 | |
| SILICON VALLEY BANK | C/O MORRISON & FOERSTER LLP | ATTN: B. BUTTERFIELD AND M. RUSSELL | 250 WEST 55TH STREET | NEW YORK | NY | 10019-9601 | |
| SILICON VALLEY BANK | C/O ASHBY & GEDDES  P.A. | ATTN: GREGORY TAYLOR | 500 DELEWARE AVENUE  8TH FLOOR | WILMINGTON | DE | 19899-1150 | |
| State Of Alabama | Office Of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State Of Alaska | Office Of The Attorney General | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State Of California | Office Of The Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State Of Colorado | Office Of The Attorney General | 1300 Broadway, 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| State Of Connecticut | Office Of The Attorney General | 165 Capitol Avenue | | Hartford | CT | 06106 | |
| State Of Florida | Office of the Attorney General | The Capitol Pl 01 | | Tallahassee | FL | 32399 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Hawaii | Office Of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State Of Idaho | Office of the Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State Of Illinois | Office Of The Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| State Of Indiana | Office Of The Attorney General | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| State Of Iowa | Office Of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| State Of Kansas | Office Of The Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State Of Kentucky | Office Of The Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |



**Exhibit C**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State Of Louisiana | Office Of The Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State Of Maryland | Office Of The Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| State Of Michigan | Office Of The Attorney General | 525 W Ottawa St | G. Mennen Williams Bldg 7Th Fl | Lansing | MI | 48909 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota, Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| State Of Missouri | Office Of The Attorney General | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| State Of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| State Of New Hampshire | Office Of The Attorney General | 33 Capitol St. | Nh Department Of Justice | Concord | NH | 03301 | |
| State Of New Jersey | Office Of The Attorney General | 25 Market St 8Th Fl, West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| State Of Ohio | Office Of The Attorney General | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| State Of Oklahoma | Office Of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State Of South Carolina | Office Of The Attorney General | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State Of Utah | Office Of The Attorney General | State Capitol, Room 236 | | Salt Lake City | UT | 84114 | |
| State Of Utah | Office Of The Attorney General | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| State Of Vermont | Office Of The Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State Of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of West Virginia | Office Of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| State Of Wisconsin | Office Of The Attorney General | 17 West Main St, Room 114 East P | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |
| Stratasys Inc | Attn: Yoav Zeif CEO | 7665 Commerce Way | | Eden Prairie | MN | 55344 | |
| Stratasys Inc | Attn: John Folks | 7665 Commerce Way | | Eden Prairie | MN | 55344 | |
| SVB INNOVATION CREDIT FUND VIII  LP | c/o Chapman and Cutler LLP | Attn: David T. Benz | 320 S Canal St | Chicago | IL | 60606 | |
| SVB Innovation Credit Fund VIII  LP | c/o Klehr Harrison Harvey Branzburg | 919 N. Market St; Ste 1000 | Attn: Richard M. Beck  Esq. | Wilmington | DE | 19801 | |
| SyBridge Technologies | c/o Gibson  Dunn  & Crutcher LLP | 200 Park Ave | Attn: M. Williams & M. Gocksch | New York | NY | 10166 | |
| SyBridge Technologies | c/o Young  Conaway  Stargatt  Taylor | Rodney Square; 1000 N King St | Attn: Andrew L. Magaziner | Wilmington | DE | 19801 | |
| U.S. Customs and Border Protection | Attn: Revenue Div Bankruptcy Team | 1300 Pennsylvania Ave. NW | | Washington | DC | 20229 | |
| UPS General Services Co. | Attn: Eric Woltering | 55 Glenlake Parkway | | Atlanta | GA | 30328 | |
| US ATTORNEY DISTRICT OF DELAWARE | Attn: Legal | 1313 N MARKET STREET | | WILMINGTON | DE | 19801 | |
| US Bank | c/o Darcy Devassy PC Attn R Woolley | 444 N Michigan Ave | Ste 3270 | Chicago | IL | | |
| US Bank Equipment Finance | c/o Seitz  Van Ogtrop & Green  P.A. | 222 Delaware Ave | Ste 1500 Attn: R. Karl Hill | Wilmington | DE | 19801 | |
| Washington Dept of Employment Secur | c/o Bankruptcy & Collections Unit | 800 Fifth Ave Ste 2000 | Attn: Dina L. Yunker | Seattle | WA | 98104-3188 | |
| Waste Management | c/o Monzack Mersky and Browder  PA | 1201 N. Orange St | Ste 400 | Wilmington | DE | 19801 | |
| Wrightwood Precision Products | Attn: Joseph Folker President | 4934 W Bloomingdale Ave | | Chicago | IL | 60639 | |
| Xintianjian Industry Co. Limited | Attn: Legal Department | Baoyuanquan 1st Industrial Zone | Donghuan Road | Shajing Town | | | China |