IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Legacy FSRD, Inc. (f/k/a Fast Radius, Inc., *et. al*),[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11051 (JKS)<br><br>(Jointly Administered)<br><br>**Related D.I.: 339** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Upon consideration of the *Certification of Counsel for Order Scheduling Omnibus Hearing Date*,

**IT IS HEREBY ORDERED THAT:**

1. The following date and time has been scheduled as an omnibus hearing in these chapter 11 proceedings:

**April 12, 2023, at 1:00 p.m. (prevailing Eastern Time)**

**Dated: March 6th, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Legacy FSRD, Inc. (2788), Legacy FSRD Operations, Inc. (5398), and Legacy FSRD PTE LTD (9511). The location of the Debtors' service address in these chapter 11 cases is 251 Little Falls Drive, Wilmington, Delaware 19808.

EAST\201100300.2