# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Legacy FSRD, Inc. (f/k/a Fast Radius, Inc., *et. al*),[1] | Case No. 22-11051 (JKS) |
| Wind-Down Debtors. | (Jointly Administered) |
| | Re: D.I. 351 & 372 |

## ORDER GRANTING MOTION OF CERTAIN WIND-DOWN DEBTORS FOR ISSUANCE OF A FINAL DECREE CLOSING THE CHAPTER 11 CASE

Upon consideration of the *Motion of Certain Wind-Down Debtors for Issuance of a Final Decree Closing the Chapter 11 Cases* (the "Motion"),[2] the Court finds that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances and no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion, and that such relief is in the best interest of the Wind-Down Debtors, their estates, their creditors and the parties in interest; and upon the record in these proceedings; and after due deliberation; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth below.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: Legacy FSRD, Inc. (2788), Legacy FSRD Operations, Inc. (5398), and Legacy FSRD PTE LTD (9511). The location of the Wind-Down Debtors' service address in these chapter 11 cases is 251 Little Falls Drive, Wilmington, Delaware 19808.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

2. Pursuant to section 350 of the Bankruptcy Code, the chapter 11 cases of Legacy FSRD, Inc. (Case No. 22-11051), and Legacy FSRD PTE LTD. (Case No. 22-11053) are hereby **CLOSED** effective as of the date of the entry of this Order.

3. The chapter 11 case of Legacy FSRD Operations, Inc. (Case No. 22-11052) (the "Remaining Case"), shall remain open pending further order of this Court and administered under the following amended caption:

| | |
|---|---|
| In re:<br>Legacy FSRD Operations, Inc.,[1]<br>       Wind-Down Debtor. | Chapter 11<br>Case No. 22-11052 (JKS)<br>(Jointly Administered) |

---

[1] The remaining Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is: Legacy FSRD Operations, Inc. (5398). The chapter 11 cases of Legacy FSRD, Inc. (2788) and Legacy FSRD PTE LTD (9511) were closed as of April [●], 2023 [D.I. ●]. All claims, motions, contested matters, and adversary proceedings that remained open or unresolved as of the closing of such cases or that are opened or filed after the date thereof will be administered in the remaining chapter 11 case of Legacy FSRD Operations, Inc.

4. The Remaining Debtor is authorized to resolve or object to claims filed against each of the Debtors in the Remaining Case, notwithstanding that a claim may have been filed against a Legacy Debtor. Any claims adjudicated or otherwise resolved in the Remaining Case shall be treated in accordance with the terms of the Plan for the applicable Debtor against which such claim is asserted. For the avoidance of doubt, nothing in the Motion or this Order shall impair or modify the rights and/or defenses of any party with respect to any Legacy Debtor, including (without limitation) with respect to any distributions under the Plan and/or the claims reconciliation process, it being understood that all such rights and defenses shall be preserved to the same extent as if the Legacy Cases had not been closed.

5. The Debtors shall complete all remaining quarterly reports and pay all quarterly fees due and owing in the Legacy Cases on or before the last day of the calendar month following the calendar quarter in which this Order is entered.

6. The Debtors shall not be obligated to pay quarterly fees with respect to the Legacy Cases pursuant to 28 U.S.C. § 1930(a) for any period after the entry of this Order.

7. This Order is without prejudice to the rights of the Debtors with respect to any and all adversary proceedings and contested matters (or any other actions or proceedings whether ongoing or not yet commenced) regarding claims or causes of action retained by the Debtors, which may still be commenced, prosecuted and determined according to the terms of the Plan.

8. The requirement under Local Rule 3022-1(c) to file a final report with respect to the Legacy Cases is hereby waived, and the Remaining Debtor shall file a consolidated final report, including the information required under Local Rule 3022-1(c) as to each Debtor, along with a motion to close the Remaining Case, which will remain open pending further order of this Court.

9. Effective as of the date of entry of this Order and subject to the terms hereof, each of Legacy FSRD, Inc. and Legacy FSRD PTE LTD. shall be deemed dissolved for all purposes, and the Plan Administrator shall be authorized, but not required, to file any documents with applicable public authorities in connection with such dissolution.

10. Notwithstanding anything to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11. The Wind-Down Debtors are authorized to take all actions they deem necessary to effectuate the relief granted in this Order.

12. Notwithstanding the entry of this Order, this Court will retain jurisdiction over all matters arising in, arising under or related to these chapter 11 cases and the Plan to the fullest

extent permitted by law, including without limitation any matters or disputes relating to the effect of discharge and/or injunction provisions contained in the Plan and/or the Confirmation Order.

**Dated: April 12th, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE